*Clerk Please file*   08-mc-0066

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Colorado

| | | |
|---|---|---|
| United States of America<br>v.<br>Robert BROWN<br>441 Eighth Avenue (W 33rd St.)<br>New York, New York. [10001] | )<br>)<br>)<br>)<br>)<br>) | Case No. |
| *Defendant(s)* | | |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 25 2011

GREGORY C. LANGHAM
CLERK

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___9/12/2011___ in the county of ___Manhattan___ in the ___Southern___ District of ___New York___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC §1700 | Desertion of Mails |
| Title 18 USC §1701 | Obstruction of Mails Generally |
| Title 18 USC §1702 | Obstruction of Correspondence |

This criminal complaint is based on these facts:

Tracking Confirmation attached. Mail with the green Return Receipt card was delivered to the NY USDC on 10/12/2011 and finally arrived at Courier Process Server on 10-29-2011. This is the Second Offense involving a three-week delay of Return Receipt!

☐ Continued on the attached sheet.

*Complainant's signature*

___David Merrill - private attorney general___
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

*Judge's signature*

City and state: _____

*Printed name and title*

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>Robert BROWN<br>441 Eighth Avenue (W 33rd St.)<br>New York, New York. [10001]<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __9/12/2011__ in the county of __Manhattan__ in the __Southern__ District of __New York__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC §1700 | Desertion of Mails |
| Title 18 USC §1701 | Obstruction of Mails Generally |
| Title 18 USC §1702 | Obstruction of Correspondence |

*First Offense* ↓

This criminal complaint is based on these facts:
Tracking Confirmation attached. Mail with the green Return Receipt card was delivered to the NY USDC on 9/12/2011 attached to papers in a multi-billion dollar law suit - USA v Deutsche Bank; 11-6192. The paper was never documente on the docket report and the Return Receipt never arrived back to process server.

☐ Continued on the attached sheet.

_____
*Complainant's signature*

__David Merrill - private attorney general__
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____

_____
*Judge's signature*

City and state: _____

_____
*Printed name and title*

# CERTIFICATE OF MAILING

I, Sarah Stennett, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc. I further certify that I deposited true and correct copies of the following:

Envelope addressed to NYDC Clerk 11-6192K, 500 Pearl Street, New York, New York, 10007-1312, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill
- United States District Court Criminal Complaint for the District of New York by David Merrill, dated 9/12/2011, regarding Desertion of Mails, Obstruction of Mails Generally, and Obstruction of Correspondence with Attachment (notary page); original to be filed and one copy to be returned
- Addendum E (Oath of Office for United States Judges for Lewis A. Kaplan); one copy to be filed and one copy to be returned
- certified mail return receipt (green card, tracking number 7011 1150 0000 3109 7358); original to be filed and one copy to be returned
- email dated September 25, 2011 from David Merrill to Courier Process Service, Inc., regarding add mail theft/tampering please; one copy to be filed and one copy to be returned
- copies of this Certificate of Mailing dated October 7, 2011; one copy to be filed and one copy to be returned

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 7th day of October, 2011.

Person Certifying Mailing

Cases: 11-6192 (New York) and 08-MC-0066 (Colorado)

Courier Process Service, Inc., job reference #20110008196

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

NEW YORK NY 10007

| | | |
|---|---|---|
| Postage | $ $1.48 | 0603 |
| Certified Fee | $2.85 | 01 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $6.63 | 10/07/2011 |

Sent To: NYDC Clerk  11-6192  KAPLAN
Street, Apt. No. or PO Box No.: 500 Pearl Street
City, State, ZIP: New York, New York  [10007-1312]

PS Form 3800, August 2006                    See Reverse for Instructions

7011 1150 0000 9109 7403



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*)    C. Date of Delivery

1. Article Addressed to:

NYDC Clerk  11-6192  KAPLAN
500 Pearl Street
New York, New York  [10007-1312]

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*)  ☐ Yes

2. Article Number
(*Transfer from service label*)

7011 1150 0000 3109 7303

PS Form 3811, Februa     102595-02-M-1540

Rec.
10-29-11

| English | Customer Service | USPS Mobile | | | | Register / Sign In |

**USPS.COM**                                                                 Search USPS.com or Track Packages

| Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions |

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70111150000031097303 | First-Class Mail® | Delivered | October 12, 2011, 11:34 am | NEW YORK, NY 10007 | **Expected Delivery By:** October 11, 2011<br>Certified Mail™<br>Return Receipt |
| | | Arrival at Unit | October 12, 2011, 9:59 am | NEW YORK, NY 10007 | |
| | | Acceptance | October 07, 2011, 5:12 pm | COLORADO SPRINGS, CO 80903 | |

**Check on Another Item**

What's your label (or receipt) number?

Find

| LEGAL | ON USPS.COM | ON ABOUT.USPS.COM | OTHER USPS SITES |
|---|---|---|---|
| Privacy Policy › | Government Services › | About USPS Home › | Business Customer Gateway › |
| Terms of Use › | Buy Stamps & Shop › | Newsroom › | Postal Inspectors › |
| FOIA › | Print a Label with Postage › | Mail Service Updates › | Inspector General › |
| No FEAR Act EEO Data › | Customer Service › | Forms & Publications › | Postal Explorer › |
| | Site Index › | Careers › | |

Copyright© 2011 USPS. All Rights Reserved.

**Courier Process Service, Inc.**
*On Time, Anytime, Anywhere.*

# INVOICE

Invoice #TCH-2011008196
11/8/2011

David Merrill

Send Payments To:
Courier Process Service, Inc.
115 East Vermijo Avenue
Suite 202
Colorado Springs, CO 80903-2008
Phone: (719) 475-7360
Fax: (719) 475-9208
Tax Id# 84-13-68680

**Case Number:** 08-MC-0066 (AND NEW YORK CASE 11-6192)

Plaintiff:
**David Merrill**

Defendant:

Received: 10/7/2011   Completed: 11/8/2011   .FILE ONLY
To be served on: NYDC Clerk   11-6192K   KAPLAN

### ITEMIZED LISTING

| Line Item | Quantity | Price | Amount |
|---|---|---|---|
| Certificate of Mailing - NYDC Clerk, New York, NY | 1.00 | 25.00 | 25.00 |
| Return Postage - NYDC Clerk, New York, NY | 1.00 | 1.08 | 1.08 |
| Certified Mailing - NYDC Clerk, New York, NY | 1.00 | 6.63 | 6.63 |
| TOTAL CHARGED: | | | $32.71 |
| 11/07/2011 | Payment: David Merrill | | 32.71 |
| **BALANCE DUE:** | | | **$0.00** |

Thank you for your business!

Invoice due and payable upon receipt (if paid by invoice); all charges not paid within 30 days from the first monthly statement that includes this invoice are subject to a service charge of 1.5% per month; 18% per annum.

NOW ACCEPTING MAJOR CREDIT CARDS

PLEASE INCLUDE OUR INVOICE NUMBER WITH YOUR PAYMENT.
THANK YOU FOR CHOOSING COURIER PROCESS SERVICE, INC.

VISIT US AT  www.courierprocess.com
CONTACT US AT  info@courierprocess.com

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

# CERTIFICATE OF MAILING

I, Sarah Stennett, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc. I further certify that I deposited true and correct copies of the following:

Envelope addressed to USDC – Colorado 08-MC-0066, 901 19th Street – A105, Denver, Colorado, 80294, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill
- United States District Court Criminal Complaint for the District of Colorado by David Merrill, dated 9/12/2011, regarding Desertion of Mails, Obstruction of Mails Generally, and Obstruction of Correspondence (Second Offense); original to be filed and one copy to be returned
- United States District Court Criminal Complaint for the District of Colorado by David Merrill, dated 9/12/2011, regarding Desertion of Mails, Obstruction of Mails Generally, and Obstruction of Correspondence (First Offense); original to be filed and one copy to be returned
- Certificate of Mailing dated 7th day of October, 2011, for Courier Process Service, Inc., job serial number 2011008196, original to be filed and one copy to be returned
- certified mail return receipts (tracking number 7011 1150 0000 3109 7303); originals to be filed and one copy to be returned
- USPS Track & Confirm print-out for certified mail tracking number 7011 1150 0000 3109 7303, dated 10/14/2011, one copy to be filed and one copy to be returned
- Invoice to David Merrill from Courier Process Service, Inc., job serial number TCH-2011008196, one copy to be filed and one copy to be returned
- copies of this Certificate of Mailing dated November 23, 2011; one copy to be filed and one copy to be returned

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 23rd day of November, 2011.

_____
Person Certifying Mailing

Cases: 08-MC-0066 (Colorado)

Courier Process Service, Inc., job reference #20110009147