WAYNE W. WILLIAMS   El Paso County, CO
01/04/2012   09:59:54 AM
Doc $0.00   Page
Rec $31.00   1 of 5   212000701

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JAN 17 2012
GREGORY C. LANGHAM
CLERK

USDC clerk — file this stickered original in 08-0066

**79380** Federal Register / Vol. 76, No. 245 / Wednesday, December 21, 2011 / Proposed Rules

## DEPARTMENT OF THE TREASURY

### Office of the Comptroller of the Currency

**12 CFR Part 3**

[Docket ID OCC–2010–0003]

**RIN 1557–AC99**

## FEDERAL RESERVE SYSTEM

**12 CFR Parts 208 and 225**

[Regulations H and Y; Docket No. R–1401]

**RIN 7100–AD61**

## FEDERAL DEPOSIT INSURANCE CORPORATION

**12 CFR Part 325**

**RIN 3064–AD70**

### Risk-Based Capital Guidelines: Market Risk; Alternatives to Credit Ratings for Debt and Securitization Positions

**AGENCIES:** Office of the Comptroller of the Currency, Department of the Treasury; Board of Governors of the Federal Reserve System; and Federal Deposit Insurance Corporation.

**ACTION:** Notice of proposed rulemaking (NPR).

---

**SUMMARY:** The Office of the Comptroller of the Currency (OCC), Board of Governors of the Federal Reserve System (Board), and Federal Deposit Insurance Corporation (FDIC) (collectively, the agencies) are seeking comment on an amendment to the notice of proposed rulemaking (NPR) to modify the agencies' market risk capital rules, published in the **Federal Register** on January 11, 2011 (January 2011 NPR). The January 2011 NPR did not include the methodologies adopted by the Basel Committee on Banking Supervision (BCBS) for calculating the standard specific risk capital requirements for certain debt and securitization positions, because the BCBS methodologies generally rely on credit ratings. Under section 939A of the Dodd-Frank Wall Street Reform and Consumer Protection Act (the Act), all federal agencies must remove references to and requirements of reliance on credit ratings from their regulations and replace them with appropriate alternatives for evaluating creditworthiness. In this NPR, the agencies are proposing to incorporate into the proposed market risk capital rules certain alternative methodologies for calculating specific risk capital requirements for debt and securitization positions that do not rely on credit ratings. The agencies expect to finalize this proposal, together with the January 2011 NPR, in the coming months after receipt and consideration of comments.

**DATES:** Comments on this notice of proposed rulemaking must be received by February 3, 2012.

**ADDRESSES:** Comments should be directed to:

*OCC:* Because paper mail in the Washington, DC area and at the Agencies is subject to delay, commenters are encouraged to submit comments by the Federal eRulemaking Portal or email, if possible. Please use the title "Risk-Based Capital Guidelines: Market Risk" to facilitate the organization and distribution of the comments. You may submit comments by any of the following methods:

• *Federal eRulemaking Portal—"regulations.gov":* Go to http://www.regulations.gov. Select "Document Type" of "Proposed Rules," and in "Enter Keyword or ID Box," enter Docket ID "OCC–2010–0003," and click "Search." On "View By Relevance" tab at bottom of screen, in the "Agency" column, locate the proposed rule for OCC, in the "Action" column, click on "Submit a Comment" or "Open Docket Folder" to submit or view public comments and to view supporting and related materials for this rulemaking action.

• Click on the "Help" tab on the Regulations.gov home page to get information on using Regulations.gov, including instructions for submitting or viewing public comments, viewing other supporting and related materials, and viewing the docket after the close of the comment period.

• *Email:* regs.comments@occ.treas.gov.

• *Mail:* Office of the Comptroller of the Currency, 250 E Street SW., Mail Stop 2–3, Washington, DC 20219.

• *Fax:* (202) 874–5274.

• *Hand Delivery/Courier:* 250 E Street SW., Mail Stop 2–3, Washington, DC 20219.

*Instructions:* You must include "OCC" as the agency name and "Docket ID OCC–2010–0003" in your comment. In general, OCC will enter all comments received into the docket and publish them on the Regulations.gov Web site without change, including any business or personal information that you provide such as name and address information, email addresses, or phone numbers. Comments received, including attachments and other supporting materials, are part of the public record and subject to public disclosure. Do not enclose any information in your comment or supporting materials that you consider confidential or inappropriate for public disclosure.

You may review comments and other related materials that pertain to this proposed rule by any of the following methods:

• *Viewing Comments Electronically:* Go to http://www.regulations.gov. Select "Document Type" of "Public Submissions," in "Enter Keyword or ID Box," enter Docket ID "OCC–2010–0003," and click "Search." Comments will be listed under "View By Relevance" tab at bottom of screen. If comments from more than one agency are listed, the "Agency" column will indicate which comments were received by the OCC.

• *Viewing Comments Personally:* You may personally inspect and photocopy comments at the OCC, 250 E Street SW., Washington, DC. For security reasons, the OCC requires that visitors make an appointment to inspect comments. You may do so by calling (202) 874–4700. Upon arrival, visitors will be required to present valid government-issued photo identification and to submit to security screening in order to inspect and photocopy comments.

• *Docket:* You may also view or request available background documents and project summaries using the methods described above.

*Board:* You may submit comments, identified by Docket No. R–[1401], by any of the following methods:

• *Agency Web Site:* http://www.federalreserve.gov. Follow the instructions for submitting comments at http://www.federalreserve.gov/generalinfo/foia/ProposedRegs.cfm.

• *Federal eRulemaking Portal:* http://www.regulations.gov. Follow the instructions for submitting comments.

• *Email:* regs.comments@federalreserve.gov. Include docket number in the subject line of the message.

• *Fax:* (202) 452–3819 or (202) 452–3102.

• *Mail:* Jennifer J. Johnson, Secretary, Board of Governors of the Federal Reserve System, 20th Street and Constitution Avenue NW., Washington, DC 20551.

All public comments are available from the Board's Web site at http://www.federalreserve.gov/generalinfo/foia/ProposedRegs.cfm as submitted, unless modified for technical reasons. Accordingly, your comments will not be edited to remove any identifying or contact information. Public comments may also be viewed electronically or in paper form in Room MP–500 of the Board's Martin Building (20th and C Street NW.) between 9 a.m. and 5 p.m. on weekdays.

*FDIC:* You may submit comments by any of the following methods:

• *Federal eRulemaking Portal: http://www.regulations.gov.* Follow the instructions for submitting comments.

• *Agency Web site: http://www.FDIC.gov/regulations/laws/federal/propose.html.*

• *Mail:* Robert E. Feldman, Executive Secretary, Attention: Comments/Legal ESS, Federal Deposit Insurance Corporation, 550 17th Street NW., Washington, DC 20429.

• *Hand Delivered/Courier:* The guard station at the rear of the 550 17th Street Building (located on F Street), on business days between 7 a.m. and 5 p.m.

• *Email: comments@FDIC.gov.*

*Instructions:* Comments submitted must include "FDIC" and "RIN 3064–AD70." Comments received will be posted without change to *http://www.FDIC.gov/regulations/laws/federal/propose.html*, including any personal information provided.

**FOR FURTHER INFORMATION CONTACT:**

*OCC:* Mark Ginsberg, Risk Expert, (202) 927–4580, Roger Tufts, Senior Economic Advisor, Capital Policy Division, (202) 874–5070, or Carl Kaminski, Senior Attorney, Legislative and Regulatory Activities Division, (202) 874–5090, Office of the Comptroller of the Currency, 250 E Street SW., Washington, DC 20219.

*Board:* Anna Lee Hewko, Assistant Director, (202) 530–6260, Tom Boemio, Manager, (202) 452–2982, Connie Horsley, Manager, (202) 452–5239, Division of Banking Supervision and Regulation; or April C. Snyder, Senior Counsel, (202) 452–3099, or Benjamin W. McDonough, Senior Counsel, (202) 452–2036, Legal Division. For the hearing impaired only, Telecommunication Device for the Deaf (TDD), (202) 263–4869.

*FDIC:* Bobby R. Bean, Associate Director, Capital Markets Branch, (202) 898–6705; Ryan Billingsley, Chief (Acting), Policy Section, (202) 898–3797; Karl Reitz, Senior Policy Analyst, (202) 898–6775, Division of Risk Management Supervision; or Mark Handzlik, Counsel, (202) 898–3990; or Michael Phillips, Counsel, (202) 898–3581, Supervision Branch, Legal Division.

**SUPPLEMENTARY INFORMATION:**

**I. Introduction**

This NPR amends the January 2011 NPR and solicits public comment on proposed methodologies for calculating the specific risk capital requirements for covered debt and securitization positions under the market risk capital rules. Specific risk relates to changes in the market value of a position due to factors other than general market movements. The proposed methodologies would result in specific risk capital requirements for debt and securitization positions that are generally consistent with the BCBS's market risk framework, which relies on the use of credit ratings. The agencies expect to finalize this proposal, together with the January 2011 NPR, in the coming months after receipt and consideration of comments.

*A. January 2011 NPR*

The January 2011 NPR requested comment on a proposal to implement various revisions to the market risk framework adopted by the BCBS[1] between July 2005 and June 2010. The revisions would significantly modify the agencies' market risk capital rules[2] to better capture those positions for which application of the market risk capital rules are appropriate, address shortcomings in the modeling of certain risks, address procyclicality concerns, enhance the rules' sensitivity to risks that are not adequately captured under the current regulatory capital measurement methodologies, and increase transparency through enhanced disclosures.[3]

The January 2011 NPR was based on the *International Convergence of Capital Measurement and Capital Standards: A Revised Framework (Basel II or New Accord),*[4] and revisions thereto included in *The Application of Basel II to Trading Activities and the Treatment of Double Default Effects,* published jointly by the International Organization of Securities Commissions and the BCBS in 2005 (2005 revisions),[5] as well as revisions developed by the BCBS and published in three documents in July 2009: *Revisions to the Basel II Market Risk Framework,*[6] *Guidelines for Computing Capital for Incremental Risk in the Trading Book,*[7] and *Enhancements to the Basel II Framework*[8] (collectively, the 2009 revisions). In June 2010, the BCBS published additional revisions to the market risk framework that included establishing a floor on the risk-based capital requirement for modeled correlation trading positions.[9]

Both the 2005 and 2009 revisions include provisions that reference credit ratings. In particular, the 2005 revisions provide for the use of credit ratings to determine the specific risk add-on for a debt position that is a covered position under the standardized measurement method. The 2005 and 2009 revisions also expand the "government" category of debt positions to include all sovereign debt and change the specific risk-weighting factor for sovereign debt from zero percent to a range of zero to 12.0 percent based on the credit rating of the obligor and the remaining contractual maturity of the debt position.[10]

The 2009 revisions include changes to the specific risk-weighting factors for rated and unrated securitization positions. For rated securitization positions, the revisions assign a specific risk-weighting factor based on the credit rating of a position, and whether such rating represents a long-term credit rating or a short-term credit rating. In addition, the 2009 revisions provide for the application of higher specific risk-weighting factors to rated re-securitization positions relative to similarly-rated securitization exposures. Under the 2009 revisions, unrated positions were to be deducted from total capital, except when the unrated position was held by a bank[11] that had approval to use the supervisory formula approach to determine the specific risk add-on for the unrated position, when the bank had approval to use an approach that used estimates in line

---

[1] The BCBS is a committee of banking supervisory authorities, which was established by the central bank governors of the G–10 countries in 1975. It consists of senior representatives of bank supervisory authorities and central banks from Argentina, Australia, Belgium, Brazil, Canada, China, France, Germany, Hong Kong SAR, India, Indonesia, Italy, Japan, Korea, Luxembourg, Mexico, the Netherlands, Russia, Saudi Arabia, Singapore, South Africa, Sweden, Switzerland, Turkey, the United Kingdom, and the United States. Documents issued by the BCBS are available through the Bank for International Settlements Web site at *http://www.bis.org.*

[2] 12 CFR Part 3, appendix B (OCC), 12 CFR parts 208 and 225, appendix E (Board), and 12 CFR part 325, appendix C (FDIC).

[3] 76 FR 1890 (Jan. 11, 2011).

[4] Available at, *http://www.bis.org/publ/bcbs107.htm.*

[5] Available at, *http://www.bis.org/publ/bcbs111.htm.*

[6] Available at, *http://www.bis.org/publ/bcbs193.htm.*

[7] Available at, *http://www.bis.org/publ/bcbs159.htm.*

[8] Available at, *http://www.bis.org/publ/bcbs/basel2enh0901.htm.*

[9] The June 2010 revisions can be found in their entirety at *http://www.bis.org/press/p100618/annex.pdf.*

[10] In the context of the market risk capital rules, the specific risk-weighting factor is a scaled measure that is similar to the "risk weights" used in the general risk-based capital regulations (*i.e.,* the zero, 20 percent, 50 percent, and 100 percent risk weights) for determining risk-weighted assets. The measure for market risk proposed under the January 2011 NPR is multiplied by 12.5 to convert it to market risk equivalent assets, which are then added to the denominator of the risk-based capital ratio.

[11] For simplicity, and unless otherwise indicated, the preamble to this notice of proposed rulemaking uses the term "bank" to include banks and bank holding companies (BHCs). The terms "bank holding company" and "BHC" refer only to bank holding companies regulated by the Board.

2011, at 76 FR 1912 and 1921, as follows:

## PART 208—MEMBERSHIP OF STATE BANKING INSTITUTIONS IN THE FEDERAL RESERVE SYSTEM (REGULATION H)

3. The authority citation for part 208 continues to read as follows:

**Authority:** 12 U.S.C. 24, 36, 92a, 93a, 248(a), 248(c), 321–338a, 371d, 461, 481–486, 601, 611, 1814, 1816, 1818, 1820(d)(9), 1833(j), 1828(o), 1831, 1831o, 1831p–1, 1831r–1, 1831w, 1831x, 1835a, 1882, 2901–2907, 3105, 3310, 3331–3351, and 3905–3909; 15 U.S.C. 78b, 78I(b), 78I(i), 78o–4(c)(5), 78q, 78q–1, and 78w, 1681s, 1681w, 6801, and 6805; 31 U.S.C. 5318; 42 U.S.C. 4012a, 4104a, 4104b, 4106, and 4128.

4. Part 208 is amended as set forth at the end of the common preamble.

## PART 225—BANK HOLDING COMPANIES AND CHANGE IN BANK CONTROL (REGULATION Y)

5. The authority citation for part 225 continues to read as follows:

**Authority:** 12 U.S.C. 1817(j)(13), 1818, 1828(o), 1831i, 1831p–1, 1843(c)(8), 1844(b), 1972(1), 3106, 3108, 3310, 3331–3351, 3907, and 3909; 15 U.S.C. 1681s, 1681w, 6801 and 6805.

6. Part 225 is amended as set forth at the end of the common preamble.

**Federal Deposit Insurance Corporation**

**12 CFR Chapter III**

**Authority and Issuance**

For the reasons set forth in the common preamble, the Federal Deposit Insurance Corporation proposes to further amend part 325 of chapter III, title 12 of Code of Federal Regulations, as proposed to be amended January 11, 2011, at 76 FR 1912 and 1921, as follows:

## PART 325—CAPITAL MAINTENANCE

7. The authority citation for part 325 continues to read as follows:

**Authority:** 12 U.S.C. 1815(a), 1815(b), 1816, 1818(a), 1818(b), 1818(c), 1818(t), 1819 (Tenth), 1828(c), 1828(d), 1828(i), 1828(n), 1828(o), 1831o, 1835, 3907, 3909, 4808; Pub. L. 102–233, 105 Stat. 1761, 1789, 1790 (12 U.S.C. 1831n note); Pub. L. 102–242, 105 Stat. 2236, 2355, as amended by Pub. L. 103–325, 108 Stat. 2160, 2233 (12 U.S.C. 1828 note); Pub. L. 102–242, 105 Stat. 2236, 2386, as amended by Pub. L. 102–550, 106 Stat. 3672, 4089 (12 U.S.C. 1828 note).

8. Appendix C to part 325 is amended as set forth at the end of the common preamble.

Dated: December 7, 2011.

John Walsh,

*Acting Comptroller of the Currency.*

By order of the Board of Governors of the Federal Reserve System, dated: Dec. 7, 2011.

Jennifer J. Johnson,

*Secretary of the Board.*

By order of the Board of Directors.

Dated at Washington, DC, this 7th day of December 2011.

Federal Deposit Insurance Corporation.

Robert E. Feldman,

*Executive Secretary.*

[FR Doc. 2011–32073 Filed 12–20–11; 8:45 am]

**BILLING CODE P**

*[handwritten across page: Not for sale / Refused / Cancer(?)]*

*[handwritten at bottom: 28 Pages Abbreviated to 3.]*

# Bill of Exchange

*Fides servanda est; simplicitas juris Gentium praevaleat*

J. Patrick Kelly   El Paso Cty,CO   201099293
07/16/2001   10:55
Doc   $0.00   Page
Rec   $5.00   1 of 1

cured waiver of tort and tenable on the foreign exchange market for the exact amount of all outstanding debts of the International Bank for Reconstruction and Development, the International Monetary Fund and Principal United Nations on and after the thirteenth day of the eighth month in the year of our Lord and Savior Jesus Christ of Nazareth two-thousand and one provided the above named World Bank has not abandoned and announced abandonment of all claims and seizures.

This bona fide tort may be used for certificate of exigent circumstances and open qui tam adoption - Rule C(3)(a)(ii)(B) "...clerk must promptly issue a summons and a warrant for the arrest...", E(5) general bond is claim X2 and is based in Information - (El Paso County Clerk and Recorder custodian J. Patrick Kelly, Colorado Springs, Colorado) Return of bill of indictment #99075907 5/12/99; Notice of Default #99057108 4/13/99; Notice of lis pendens #99094773 6/14/99; Summons charging stellionation #200013756 2/9/2000, testimony #200011014 2/01/00 and default #200097765 8/17/2000; Zionism cancellation algorithm #09184702 12/8/99; Case Tav published #200047314 5/1/00, #200056121 5/18/00, #200056835 5/22/00, #200058902 5/24/00, #200060667 5/30/00, #200061229 5/30/00, #200062119 6/1/00, #200071134 6/20/00, #200072077 6/21/00, #200072963 6/23/00, #200081870 7/14/00, *Afroyim v. Rusk* 387 U.S. 253 (1967) (original 13th Amendment "subsequently not ratified") and #95110459 10/13/95 (United States Courthouse custodian James H. Manspeaker, Denver, Colorado) Admiralty cases 95-D-3136, 99-D-319 and 01-D-0240; #200129251 10/24/00; #201068520; 4th Judicial District of Colorado, Lee V. Cole, Jr. custodian El Paso County Court Case #00-T-6808 - Judge Sylvia Manzanares and authoritative historical information such as but not limited to: The Public Papers of Franklin D. Roosevelt - EO 2038, 2040 and HJR 192; Bretton Woods Agreements P.L. 94-564 (Jamaica/Rambouillet accord); Public Law 102-14 Seven Noachide Laws valid common law and prohibiting use of humans for chattel by Genesis 1:27; *Charter of Freedoms and Exemptions to Patroons* - June 7, 1629 and Press Releases of 5/29/97 'Clinton urges reviving spirit of Marshall Plan (photo of Clinton posturing Illuminati style at the Hague with Dutch Queen Beatrix, House of Orange)' *Associated Press* and 'Swiss made millions dealing with Hitler, records show' *New York Times*. COURTS OF THE UNITED STATES ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *Bouvier's Law Dictionary* 1856.

[Notary seal: BRANDI D. WALTERS, NOTARY PUBLIC, STATE OF COLORADO]
Brandi D. Walters
My commission expires 3-7-2004

[El Paso County Seal]

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
Date _____  Book ____ Page ____
Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By: _____ Deputy

30 Day Judgment Day  9/11/01

| | J. Patrick Kelly El Paso Cty,CO | **201101604** |
|---|---|---|
| | 07/19/2001 01:39 | |
| AFFIDAVIT OF MAILING | Doc $0.00 Page | |
| | Rec $5.00 1 of 1 | |

I, Tad C. Howard, have mailed the recorded Bill of Exchange on July 17, 2001 to:

The New York Stock Exchange
Attn: Chairman
11 Wall Street
New York city, New York

The United Nations
Attn: Attorney General - Kofi Annan
1 United Nations Plaza
New York city, New York

Paul O'Niell - Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia

The United States Court
Attn: James Manspeaker - custodian of repository
1929 Stout Street
Denver, Colorado

The Fourth Judicial District Court of Colorado
Attn: Lee V. Cole, Jr. - custodian in repository
20 East Vermijo Avenue
Colorado Springs, Colorado

The El Paso County Clerk and Recorder
J. Patrick Kelly - custodian in repository
200 S Cascade Avenue
Colorado Springs, Colorado

El Paso County Clerk and Recorder Reception Number 201099293

(STATE OF COLORADO)
( ) ss
(COUNTY OF EL PASO )

_____
Tad C. Howard

Subscribed and sworn to before me this 17 day of July 2001



Karen L Jett

KAREN L. JETT

My Commission Expires 06-09-2005



Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
Date _____ Book _____ Page _____
Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By _____ Deputy

Date: 12/31/2011

Dear David Merrill,

The Center for Spiritual Living in Colorado Springs has a Safety Policy created to insure that all congregants are safe while on our property. I have attached a copy of this policy for your review since you are probably unaware of it. The Core Council is the governing body of the church and is responsible for carrying out church policies.

It has come to our attention that some of your behaviors are not in alignment with this policy. Some of these behaviors are:

1) Photographing CSL congregants without their permission.

2) Behaving in a manner that makes other congregants feel unsafe.

3) Unilaterally calling the police to the center without informing church staff.

4) E-mails to church staff with potentially defamatory content.

5) Bringing confrontational family troubles into a congregational setting.

6) Intimidating Core Council members with threats against the community and its non-profit status.

We want to find a solution for you to continue to attend CSL services and functions as you choose. At this time we are willing to have you attend, with probation status, which means we need to see your behaviors are in alignment with the attached Safety Policy. Some of the behaviors that we would need to consistently see are:

1) Not using church property as a venue for dealing with family conflict.

2) Appropriate behavior between you and ALL other members of the church community

3) Acknowledgement of and agreement to follow this policy

If your behaviors continue to be a safety issue, we will need to take additional action which could include certain conditions for your attendance or that you may be asked to refrain from attending.

Sincerely,


Core Council
Center for Spiritual Living, Colorado Springs

*[Handwritten annotations across the page:]* "Refusal for Cause" (signature overlay); "CSL served Notice of Restraining Order 9/11/11"; "no joinder"; "Title 26 USC §501(c)(3)"; "true bill of indictment"; "I do not!"; stamp: "Redeemed Lawful Money Pursuant to 12 USC §411 www.law.cornell.edu/uscode/"

CATEGORY: SAFETY OF CHILDREN AND CONGREGANTS

Precautionary Measures

| | |
|---|---|
| Effective Date: | 12/31/2011 |
| Revision Dates: | 12/31/2011 |
| Policy Initiated by: | Core Council |
| Date Last Reviewed: | 12/31/2011 |

PURPOSE

The safety of our children, congregants and visitors is of the highest priority for the Center for Spiritual Living in Colorado Springs (CSLCS). This policy provides information related to maintaining an environment that is non-discriminatory, that is safe and free from oppression, violent, and/or threatening behavior. Our children, congregants and visitors have the right to expect courtesy, cooperation and respect. A safe environment includes one in which congregants and visitors are free from the influence of alcohol, drugs or other controlled substances. This also includes abuse of legal or prescription drugs.

FAMILY MINISTRY VOLUNTEER REQUIREMENTS

Anyone who would like to volunteer to work with children in the Family Ministry is first required to provide their consent for and to satisfactorily "pass" a criminal background check. The cost for the background check will be reimbursed by the church. Any individual with a report coming back indicating Sexual Assault of any kind will be immediately disqualified from working in any way with the Family Ministry program. Other criminal activity will be reviewed by Business Manager and the volunteer subsequently approved or declined by a majority vote of the Core Council.

SAFETY OF OFFICE STAFF, CONGREGANTS, AND VOLUNTEERS

The intent of this policy is to ensure, to the highest degree possible, the safety of all congregants, volunteers and office staff.

Safety is defined as physical, mental and sexual – do no harm to self, others or property.

Safety is evidenced by the ability to maintain emotional control, healthy boundaries (not imposing themselves on others, causing duress), respect for self and others (able to care for self and accept differences from others), follows guidelines for Sunday service, classes and events. Inappropriate

[Handwritten across page: "Refusal of Change"]

behavior includes but is not limited to threatening the safety of others, aggressive bullying, inappropriate gestures, yelling directed at another individual or anyone drunk or high on drugs.

## COURSE OF ACTION

When there is reason to believe that an individual is threatening the safety of others, any of the following actions may be taken:

1. Depending on the threatening circumstance, and as considered necessary by the best judgment of the staff on-duty, the police will be called at once for anyone posing immediate danger, violent behavior, or carrying a weapon.

2. Anyone who is threatening the safety of others will be asked immediately to leave and will be escorted out if necessary.

3. Due to the emergency nature of most violent situations, and depending on the circumstance a "No-Welcome" letter will be mailed to the individual with a return receipt after situation has been contained, the individual has left the premises and the incident has been investigated by the Core Council.

4. When the investigation of the incident is of such a serious nature so as to result in a "No-Welcome" letter being issued, there will be a requirement of a mental health evaluation and recommendation from a professional counselor that the person is safe with self, others and property prior to the person being allowed to return to CSLCS. The individual involved will be required to provide this evaluation and recommendation at their own expense. The evaluation will be with a licensed professional counselor agreed to by Core Council.

5. A congregant/visitor may be determined OK if they can demonstrate consistent safe and appropriate behavior.

## CONFIDENTIALITY:

CSLCS is committed to a strict standard of confidentiality to protect CSLCS, its children, and its congregants. Therefore, information derived from statements, or in the course of background checks will be treated as confidential and not discussed outside the Core Council or the CSLCS staff. Any exceptions of direct or indirect use or dissemination of confidential information relating to CSLCS or its congregants or visitors to third parties outside Core Council or CSLCS staff, or anyone else affiliated or working for CSLCS is not allowed. The only exception will be as required by law. Any files and materials concerning CSLCS and its congregants or visitors shall belong and remain the exclusive property of CSLCS.

[Handwritten annotations across document: "Refused to sign" (written twice over text); "No Way!"; "I have no files belonging to CSL."]

# Bill of Exchange
*Fides servanda est; simplicitas juris Gentium praevaleat*

J. Patrick Kelly El Paso Cty,CO **201099293**
07/16/2001 10:55
Doc $0.00 Page
Rec $5.00 1 of 1

cured waiver of tort and tenable on the foreign exchange market for the exact amount of all outstanding debts of the International Bank for Reconstruction and Development, the International Monetary Fund and Principal United Nations on and after the thirteenth day of the eighth month in the year of our Lord and Savior Jesus Christ of Nazareth two-thousand and one provided the above named World Bank has not abandoned and announced abandonment of all claims and seizures.

This bona fide tort may be used for certificate of exigent circumstances and open qui tam adoption - Rule C(3)(a)(ii)(B) "...clerk must promptly issue a summons and a warrant for the arrest...", E(5) general bond is claim X2 and is based in Information - (El Paso County Clerk and Recorder custodian J. Patrick Kelly, Colorado Springs, Colorado) Return of bill of indictment #99075907 5/12/99, Notice of Default #99057108 4/13/99; Notice of lis pendens #99094773 6/14/99; Summons charging stellionation #200013756 2/9/2000, testimony #200011014 2/01/00 and default #200097765 8/17/2000; Zionism cancellation algorithm #09918470212/8/99; Case Tav published #200047314 5/1/00, #200056121 5/18/00, #200056835 5/22/00, #200058902 5/24/00, #200060667 5/30/00, #200061229 5/30/00, #200062119 6/1/00, #200071134 6/20/00, #20007207 6/21/00, #200072963 6/23/00, #200081870 7/14/00, *Afroyim v. Rusk* 387 U.S. 253 (1967) (original 13th Amendment "subsequently not ratified") and #95110459 10/13/95 (United States Courthouse custodian James H. Manspeaker, Denver, Colorado) Admiralty cases 95-D-3136, 99-D-319 and 01-D-0240- #200129251 10/24/00; #201068520; 4th Judicial District of Colorado, Lee V. Cole, Jr. custodian El Paso County Court Case #00-T-6808 - Judge Sylvia Manzanares and authoritative historical information such as but not limited to: The Public Papers of Franklin D. Roosevelt - EO 2038, 2040 and HJR 192; Bretton Woods Agreements P.L. 94-564 (Jamaica/Rambouillet accord); Public Law 102-14 Seven Noachide Laws valid common law and prohibiting use of humans for chattel by Genesis 1:27; *Charter of Freedoms and Exemptions to Patroons* - June 7, 1629 and Press Releases of 5/29/97 'Clinton urges reviving spirit of Marshall Plan (photo of Clinton posturing Illuminati style at the Hague with Dutch Queen Beatrix, House of Orange)' *Associated Press* and 'Swiss made millions dealing with Hitler, records show' *New York Times*. COURTS OF THE UNITED STATES ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *Bouvier's Law Dictionary* 1856.

[Notary seal: Brandi D. Walters, Notary Public, State of Colorado; My commission expires 3-7-2004]

[Signature] Brandi E. Walters 20188925

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
Date _____ Book _____ Page _____
Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By: [signature]
Deputy

[El Paso County Colorado Seal, Est. 1861]

[Signatures]: L. Kesarta, David Wenzel (VanPelt, Family nomen)

Judgment 9/11/01

```
                                    J. Patrick Kelly  El Paso Cty,CO   201101604
                                    07/19/2001        01:39
                                    Doc      $0.00    Page
                                    Rec      $5.00    1  of  1
AFFIDAVIT OF MAILING
```

I, Tad C. Howard, have mailed the recorded Bill of Exchange on July 17, 2001 to:

The New York Stock Exchange
Attn: Chairman
11 Wall Street
New York city, New York

The United Nations
Attn: Attorney General - Kofi Annan
1 United Nations Plaza
New York city, New York

Paul O'Niell - Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia

The United States Court
Attn: James Manspeaker - custodian of repository
1929 Stout Street
Denver, Colorado

The Fourth Judicial District Court of Colorado
Attn: Lee V. Cole, Jr. - custodian in repository
20 East Vermijo Avenue
Colorado Springs, Colorado

The El Paso County Clerk and Recorder
J. Patrick Kelly - custodian in repository
200 S Cascade Avenue
Colorado Springs, Colorado

El Paso County Clerk and Recorder Reception Number 201099293

(STATE OF COLORADO)
(                    ) ss
(COUNTY OF EL PASO )

_____
Tad C. Howard

Subscribed and sworn to before me this 17 day of July 2001

Karen L Jett



My Commission Expires 06-09-2005

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
Date _____ Book _____ Page _____
Robert C. Balink
County Clerk & Recorder
El Paso County, Colorado
By _____ Deputy

# CERTIFICATE OF MAILING

I, Theresa L. Willis, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc., on January 3, 2012. I further certify that I deposited true and correct copies of the following:

Envelope addressed to USDC Colorado 08-0066, 901 19th Street – A105, Denver, Colorado, 80294, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo, #202, Colorado Springs, Colorado [80903]
- A pre-addressed postage paid envelope addressed to OCC, Office of the Comptroller of Currency, 250 E Street, SW, MS 2-3, City of Washington, Dist. Of Columbia, 20219
- Original 79380 Federal Register, Vol. 76, No. 245, Wednesday, December 21, 2011, Proposed Rules, Reception Number 212000701, with Refusal for Cause (pages 1 through 3); original to be filed with the USDC Clerk, a copy to be sent to OCC, Office of the Comptroller of Currency, and a copy to be returned to David Merrill
- Original Bill of Exchange, Reception Number 201099293; original to be filed with the USDC Clerk, a copy to be sent to OCC, Office of the Comptroller of Currency, and a copy to be returned to David Merrill
- Copy of Affidavit of Mailing, Reception Number 201101604; one copy to be filed with the USDC Clerk, a copy to be sent to OCC, Office of the Comptroller of Currency, and a copy to be returned to David Merrill
- Original of Letter to David Merrill from Core Council, dated 12/31/2011, with Refusal for Cause; original to be filed with the USDC Clerk, a copy to be sent to OCC, Office of the Comptroller of Currency, and a copy to be returned to David Merrill
- Original Category: Safety of Children and Congregants, Precautionary Measures, policy initiated by Core Council dated 12/31/2011, with Refusal for Cause (pages 1 through 2); original to be filed with the USDC Clerk, a copy to be sent to OCC, Office of the Comptroller of Currency, and a copy to be returned to David Merrill
- Copy Bill of Exchange, Reception Number 201099293; copy to be filed with the USDC Clerk, a copy to be sent to OCC, Office of the Comptroller of Currency, and a copy to be returned to David Merrill
- Copy of Affidavit of Mailing, Reception Number 201101604; one copy to be filed with the USDC Clerk, a copy to be sent to OCC, Office of the Comptroller of Currency, and a copy to be returned to David Merrill
- copies of this Certificate of Mailing dated January 13, 2012; one copy to be filed and one copy to be returned

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 13th day of January, 2012.

_Theresa L Willis_
Person Certifying Mailing

Cases: 08-0066

Courier Process Service, Inc., job reference #2012000201