WAYNE W. WILLIAMS
08/20/2012 09:54:05 AM
Doc $0.00   Page
Rec $26.00   1 of 4

El Paso County, CO

212096119

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2012

JEFFREY P. COLWELL
CLERK

| | Party to Special Permits Application | | |
|---|---|---|---|
| 15537–P | Austin Powder Company, Cleveland, OH | 4 | 10–31–2012 |
| 14372–P | L'Hotellier, France | 3 | 10–31–2012 |
| 13548–P | Interstate Battery System of The Redwoods, Eureka, CA | 4 | 10–31–2012 |
| | Renewal Special Permits Applications | | |
| 12412–R | Carolina Pool Management, Charlotte, NC | 3 | 10–31–2012 |
| 11136–R | Alaska Pyrotechnics, Anchorage, AK | 3 | 10–31–2012 |
| 14313–R | Airgas, Inc., Radnor, PA | 3 | 12–31–2012 |
| 12283–R | Interstate Battery of Alaska, Anchorage, AK | 4 | 09–30–2012 |

[FR Doc. 2012–19830 Filed 8–15–12; 8:45 am]
BILLING CODE 4910–60–M

---

## DEPARTMENT OF THE TREASURY

**Office of the Comptroller of the Currency**

**Agency Information Collection Activities: Proposed Information Collection; Comment Request**

**AGENCY:** Office of the Comptroller of the Currency, Treasury (OCC).

**ACTION:** Notice and request for comment.

---

**SUMMARY:** The OCC, as part of its continuing effort to reduce paperwork and respondent burden, invites the general public and other Federal agencies to comment on this continuing information collection, as required by the Paperwork Reduction Act of 1995. An agency may not conduct or sponsor, and a respondent is not required to respond to, an information collection unless it displays a currently valid Office of Management and Budget (OMB) control number. Currently, the OCC is soliciting comment concerning a proposed new regulatory reporting requirement for national banks and Federal savings associations titled, "Company-Run Annual Stress Test Reporting Template and Documentation for Covered Institutions with Total Consolidated Assets of $50 Billion or More under the Dodd-Frank Wall Street Reform and Consumer Protection Act." The proposal describes the scope of reporting and the proposed reporting requirements.

**DATES:** Comments must be received by October 15, 2012.

**ADDRESSES:** Communications Division, Office of the Comptroller of the Currency, Mailstop 2-3, Attention: 1557–NEW, 250 E Street SW., Washington, DC 20219. In addition, comments may be sent by fax to (202) 874–5274 or by electronic mail to regs.comments@occ.treas.gov. You may personally inspect and photocopy comments at the OCC, 250 E Street SW., Washington, DC 20219. For security reasons, the OCC requires that visitors make an appointment to inspect comments. You may do so by calling (202) 874–4700. Upon arrival, visitors will be required to present valid government-issued photo identification and to submit to security screening in order to inspect and photocopy comments.

Additionally, please send a copy of your comments by mail to: OCC Desk Officer, 1557–NEW, U.S. Office of Management and Budget, 725 17th Street NW., #10235, Washington, DC 20503, or by fax to (202) 395–6974.

**FOR FURTHER INFORMATION CONTACT:** You can request additional information or a copy of the collection from Mary Gottlieb, (202) 874–5090, Legislative and Regulatory Activities Division, Office of the Comptroller of the Currency, 250 E Street SW., Washington, DC 20219. In addition, copies of the templates referenced in this notice can be found on the OCC's Web site under News and Issuances (*http://occ.gov/news-issuances/index-news-issuances.html*).

**SUPPLEMENTARY INFORMATION:** The OCC is requesting comment on the following new proposed information collection:

*Title:* Company-Run Annual Stress Test Reporting Template and Documentation for Covered Institutions with Total Consolidated Assets of $50 Billion or More under the Dodd-Frank Wall Street Reform and Consumer Protection Act.

*OMB Control No.:* 1557–NEW.

*Description:* Section 165(i)(2) of the Dodd-Frank Wall Street Reform and Consumer Protection Act[1] (Dodd-Frank Act) requires certain financial companies, including national banks and Federal savings associations, to conduct annual stress tests[2] and requires the primary financial regulatory agency[3] of those financial companies to issue regulations implementing the stress test requirements.[4] A national bank or Federal savings association is a "covered institution" and therefore subject to the stress test requirements if its total consolidated assets are more than $10 billion. Under section 165(i)(2), a covered institution is required to submit to the Board of Governors of the Federal Reserve System (Board) and to its primary financial regulatory agency a report at such time, in such form, and containing such information as the primary financial regulatory agency may require.[5] On January 24, 2012, the OCC published in the **Federal Register** a notice of proposed rulemaking (NPR) implementing the section 165(i)(2) annual stress test requirement.[6] This notice describes the reports and information required to meet the reporting requirements under section

---

[1] Public Law 111–203, 124 Stat. 1376, July 2010.
[2] 12 U.S.C. 5365(i)(2)(A).
[3] 12 U.S.C. 5301(12).
[4] 12 U.S.C. 5365(i)(2)(C).
[5] 12 U.S.C. 5365(i)(2)(B).
[6] 77 FR 3408, Jan. 24, 2012.

165(i)(2). These information collections will be given confidential treatment (5 U.S.C. 552(b)(4)).

The OCC intends to use the data collected through this proposal to assess the reasonableness of the stress test results of covered institutions and to provide forward-looking information to the OCC regarding a covered institution's capital adequacy. The OCC also may use the results of the stress tests to determine whether additional analytical techniques and exercises could be appropriate to identify, measure, and monitor risks at the covered institution. The stress test results are expected to support ongoing improvement in a covered institution's stress testing practices with respect to its internal assessments of capital adequacy and overall capital planning.

The Dodd-Frank Act stress testing requirements apply to all covered institutions, but the OCC recognizes that many covered institutions with consolidated total assets of $50 billion or more have been subject to stress testing requirements under the Board's Comprehensive Capital Analysis and Review (CCAR). The OCC also recognizes that these institutions' stress tests will be applied to more complex portfolios and therefore warrant a broader set of reports to adequately capture the results of the company-run stress tests. These reports will necessarily require more detail than would be appropriate for smaller, less complex institutions. Therefore, the OCC has decided to specify separate reporting templates for covered institutions with total consolidated assets between $10 and $50 billion and for covered institutions with total consolidated assets of $50 billion or more. In cases where a covered institution with assets less than $50 billion is affiliated with an organization with assets of $50 billion or more, the OCC reserves the authority to require that covered institution to use the reporting template for larger institutions. The OCC may also, on a case-by-case basis, require a covered institution with assets over $50 billion to report stress test results using a simpler format to be specified by the OCC. The reporting templates for institutions with assets of $50 billion or more are described below.

The OCC has worked closely with the Board and the Federal Deposit Insurance Corporation (FDIC) to make the agencies' respective rules implementing annual stress testing under the Dodd-Frank Act consistent and comparable by requiring similar standards for scope of application, scenarios, data collection and reporting forms. The OCC has worked to minimize any potential duplication of effort related to the annual stress test requirements. The OCC also recognizes that many covered institutions with total consolidated assets of $50 billion or more are required to submit reports using CCAR reporting form FR Y-14A.[7] Therefore, the OCC is proposing to base reporting requirements closely on the Board's form FR Y-14A for covered institutions with total consolidated assets of $50 billion or more. The OCC recognizes the Board has a proposal to modify the FR Y-14A out for comment and, to the extent practical, the OCC will keep its reporting requirement consistent with the Board's FR Y-14A in order to minimize burden on covered institutions.[8]

Description of Reporting Templates for Institutions With $50 Billion or More in Assets

The OCC DFAST-14A Summary Schedule includes data collection worksheets necessary for the OCC to assess the company-run stress test results for baseline, adverse, and severely adverse scenarios or with any other scenario specified in accordance with regulations specified by the OCC. The DFAST-14A Summary Schedule includes worksheets that collect information on the following areas:

1. Income Statement;
2. Balance Sheet;
3. Capital Statement;
4. Retail Risk;
5. Securities: Available-for-Sale/Held to Maturity (AFS/HTM);
6. Trading;
7. Counterparty Credit Risk;
8. Operational Risk; and
9. Pre-Provision Net Revenue (PPNR).

Each covered institution reporting to the OCC using this form will be required to submit to the OCC a separate DFAST-14A Summary Schedule for each scenario provided to covered institutions in accordance with regulations implementing Section 165(i)(2) as specified by the OCC.

**Worksheets: Income Statement**

This income statement worksheet collects data for the quarter preceding the planning horizon and for each quarter of the planning horizon for the stress test on projected losses and revenues in the following categories.

1. Loan losses;
2. Losses due to contingent commitments and liabilities;

---
[7] http://www.federalreserve.gov/reportforms.
[8] 77 FR 40051, July 6, 2012.

3. Other Than Temporary Impairments (OTTI) on assets held to maturity and available for sale;
4. Trading account losses;
5. Allowance for loan and lease losses;
6. Pre-provision net revenue; and
7. Repurchase reserve/liability for reps and warranties.

This schedule provides information used to assess losses that covered institutions can sustain in adverse and severely adverse stress scenarios.

**Worksheets: Balance Sheet**

The balance sheet worksheet collects data for the quarter preceding the planning horizon and for each quarter of the planning horizon for the stress test on projected equity capital, as well as on assets and liabilities in the following categories.

1. HTM Securities;
2. AFS Securities;
3. Loans;
4. Trading Assets;
5. Intangibles;
6. Deposits; and
7. Trading Liabilities.

The OCC intends to use the worksheet to assess projected changes in assets and liabilities that a covered institution can sustain in an adverse and severely adverse stress scenario. This worksheet will also be used to assess the revenue and loss projections identified in the income statement worksheet.

**Worksheets: Capital**

The capital worksheet collects data for the quarter preceding the planning horizon and for each quarter of the planning horizon for the stress test on the following areas.

1. Changes to Equity Capital;
2. Changes to Regulatory Capital; and
3. Capital Actions.

The OCC intends to use this worksheet to assess the impact on capital of the projected losses and projected changes in assets that the covered institution can sustain in a stressed scenario. In addition to reviewing the worksheet in the context of the balance sheet and income statement projections, the OCC also intends to use this worksheet to assess the adequacy of the capital plans and capital planning processes for each covered institution.

**Worksheets: Retail Projections**

The retail projections worksheets collect data for each quarter of the planning horizon for the stress test on projected balances and losses for major retail portfolios: Residential real estate, credit card, automobile, student loans,

# Bill of Exchange
*Fides servanda est; simplicitas juris Gentium praevaleat*

cured waiver of tort and tenable on the foreign exchange market for the exact amount of all outstanding debts of the International Bank for Reconstruction and Development, the International Monetary Fund and Principal United Nations on and after the thirteenth day of the eighth month in the year of our Lord and Savior Jesus Christ of Nazareth two-thousand and one provided the above named World Bank has not abandoned and announced abandonment of all claims and seizures.

This bona fide tort may be used for certificate of exigent circumstances and open qui tam adoption - Rule C(3)(a)(ii)(B) "...clerk must promptly issue a summons and a warrant for the arrest...", E(5) general bond is claim X2 and is based in Information - (El Paso County Clerk and Recorder custodian J. Patrick Kelly, Colorado Springs, Colorado) Return of bill of indictment #99075907 5/12/99; Notice of Default #99057108 4/13/99; Notice of lis pendens #9909477 6/14/99; Summons charging stellionation #200013756 2/9/2000, testimony #200011014 2/01/00 and default #200097765 8/17/2000; Zionism cancellation algorithm #09918402 12/8/99; Case Tav published #200047314 5/1/00, #200056121 5/18/00, #200056835 5/22/00, #200058902 5/24/00, #200060667 5/30/00, #200061229 5/30/00, #200062119 6/1/00, #200071134 6/20/00, #200072077 6/21/00, #200072963 6/23/00, #200081870 7/14/00, *Afroyim v. Rusk* 387 U.S. 253 (1967) (original 13th Amendment "subsequently not ratified") and #95110459 10/13/95 (United States Courthouse custodian James H. Manspeaker, Denver, Colorado) Admiralty cases 95-D-3136, 99-D-319 and 01-D-0240; #200129251 10/24/00; #201068520, 4th Judicial District of Colorado, Lee V. Cole, Jr. custodian El Paso County Court Case #00-T-6808 - Judge Sylvia Manzanares and authoritative historical information such as but not limited to: The Public Papers of Franklin D. Roosevelt - EO 2038, 2040 and HJR 192; Bretton Woods Agreements P.L. 94-564 (Jamaica/Rambouillet accord); Public Law 102-14 Seven Noachide Laws valid common law and prohibiting use of humans for chattel by Genesis 1:27; *Charter of Freedoms and Exemptions to Patroons* - June 7, 1629 and Press Releases of 5/29/97 'Clinton urges reviving spirit of Marshall Plan (photo of Clinton posturing Illuminati style at the Hague with Dutch Queen Beatrix, House of Orange)' *Associated Press* and 'Swiss made millions dealing with Hitler, records show' *New York Times*. COURTS OF THE UNITED STATES... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *Bouvier's Law Dictionary* 1856.

---

J. Patrick Kelly   El Paso Cty, CO   **201099293**
07/16/2001   10:55
Doc   $0.00   Page
Rec   $5.00   1 of 1

[Notary seal: Brandi E. Walters, Notary Public, State of Colorado, my commission expires 3-7-2004]

[El Paso County Seal, EST. 1861, COLORADO]

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
201099293  Book ____ Page ____
Date 10-16-12
Wayne W. Williams
County Clerk & Recorder
El Paso County, Colorado
By _____ Deputy
Michelle Thomsen

[Signatures: David Merrick, etc.]
(Van Pelt, Family Nomen)

```
                                    J. Patrick Kelly  El Paso Cty,CO   201101604
                                    07/19/2001        01:39
                                    Doc      $0.00    Page
                                    Rec      $5.00    1 of 1
AFFIDAVIT OF MAILING
```

I, Tad C. Howard, have mailed the recorded Bill of Exchange on July 17, 2001 to:

The New York Stock Exchange
Attn: Chairman
11 Wall Street
New York city, New York

The United Nations
Attn: Attorney General - Kofi Annan
1 United Nations Plaza
New York city, New York

Paul O'Niell - Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia

The United States Court
Attn: James Manspeaker - custodian of repository
1929 Stout Street
Denver, Colorado

The Fourth Judicial District Court of Colorado
Attn: Lee V. Cole, Jr. - custodian in repository
20 East Vermijo Avenue
Colorado Springs, Colorado

The El Paso County Clerk and Recorder
J. Patrick Kelly - custodian in repository
200 S Cascade Avenue
Colorado Springs, Colorado

El Paso County Clerk and Recorder Reception Number 201099293

(STATE OF COLORADO)
(                    ) ss
(COUNTY OF EL PASO )

_____
Tad C. Howard

Subscribed and sworn to before me this 17 day of July 2001

Karen L Jett

(Notary seal: KAREN L. JETT, NOTARY PUBLIC, STATE OF COLORADO)

My Commission Expires 06-09-2005



Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
201101604  Book _____ Page _____
Date 7-26-12   Wayne W. Williams
County Clerk & Recorder
By _____ Michelle Thomsen

(El Paso County Colorado seal)

HE TREASURY

ller of the Currency

-0029]

DUPLICATE

```
    EL PASO COUNTY
   CLERK AND RECORDER
   RECORDING DEPARTMENT
       (719)520-6200
-----------------------------
ISSUED TO: DAVID MERRILL
-----------------------------
RECEIPT #   623947
DATE  10/09/2012  10:47:07 AM
-----------------------------
DOCUMENT #      PGS      FEE
-----------------------------
COPIES,COPIES            1.25
COPIES,CERT              1.00
212118193       5
OTHER                   31.00
               =============
Total Amount Due         33.25

CASH                   100.00
               =============
Total Payment          100.00

Change Issued:          66.75


       THANK YOU
      WAYNE W. WILLIAMS
      CLERK & RECORDER
     Deputy: CARFARQUHA
```

ie Comptroller of the Currency ("OCC").

l rule implements section 165(i) of the Dodd-Frank Wall Street Reform

n Act ("Dodd-Frank Act") which requires certain companies to conduct

ant to regulations prescribed by their respective primary financial

ecifically, this final rule requires national banks and Federal savings

nsolidated assets over $ billion (defined as "covered institutions") to

st as prescribed by this rule.

le covered institutions are divided into two categories: covered

nsolidated assets between $10 and $50 billion and covered institutions

ssets over $50 billion. Based on these categories, covered institutions

ress test requirements and deadlines for reporting and disclosures. A

hese categories is that a national bank or Federal savings association that

billion covered institution as of October 9, 2012 must conduct the annual

l rule beginning this year; other covered institutions that qualify as $10

stitutions are not subject to the stress test requirements under this final

**DATES**: This rule will become effective on October 9, 2012.

Adversely affects: BoE # 201099293; Proof of Service # 201101604.

- 1 -

```
WAYNE W. WILLIAMS       El Paso County, CO
10/09/2012  10:47:07 AM
Doc  $0.00       Page
Rec  $31.00    1 of 5    212118193
```

DEPARTMENT OF THE TREASURY

Office of the Comptroller of the Currency

12 CFR Part 46

[Docket ID OCC-2011-0029]

RIN 1557-AD58

**Annual Stress Test**

AGENCY: Office of the Comptroller of the Currency ("OCC").

ACTION: Final rule.

SUMMARY: This final rule implements section 165(i) of the Dodd-Frank Wall Street Reform and Consumer Protection Act ("Dodd-Frank Act") which requires certain companies to conduct annual stress tests pursuant to regulations prescribed by their respective primary financial regulatory agencies. Specifically, this final rule requires national banks and Federal savings associations with total consolidated assets over $10 billion (defined as "covered institutions") to conduct an annual stress test as prescribed by this rule.

Under the final rule, covered institutions are divided into two categories: covered institutions with total consolidated assets between $10 and $50 billion and covered institutions with total consolidated assets over $50 billion. Based on these categories, covered institutions are subject to different stress test requirements and deadlines for reporting and disclosures. A key difference between these categories is that a national bank or Federal savings association that qualifies as an over $50 billion covered institution as of October 9, 2012 must conduct the annual stress test under this final rule beginning this year; other covered institutions that qualify as $10 to $50 billion covered institutions are not subject to the stress test requirements under this final rule until 2013.

DATES: This rule will become effective on October 9, 2012.

*[Handwritten annotations across document: "Refusal for Cause", "Adversely affect: BoE #201099293; Proof of Service #201101604"]*

- 1 -

WAYNE W. WILLIAMS    El Paso County, CO
10/09/2012  10:47:07 AM
Doc $0.00        Page
Rec $31.00    1 of 5    212118193

**FOR FURTHER INFORMATION CONTACT**: Darrin Benhart, Deputy Comptroller, Credit and Market Risk, (202) 874-1711; Robert Scavotto, Lead International Expert, International Analysis and Banking Condition, (202) 874-4943; William Russell, National Bank Examiner, (202) 874-5224; Akhtarur Siddique, Deputy Director, Enterprise Risk Analysis Division, (202) 874-4665; Ron Shimabukuro, Senior Counsel, or Alexander Arney, Attorney, Legislative and Regulatory Activities Division, (202) 874-5090, Office of the Comptroller of the Currency, 250 E Street, SW., Washington, DC 20219.

**SUPPLEMENTARY INFORMATION**:

**I. Background**

Section 165(i) of the Dodd-Frank Act[1] requires two types of stress testing: (1) stress tests conducted by the company and (2) stress tests conducted by the Board of Governors of the Federal Reserve System ("Board"). Section 165(i)(2) requires certain financial companies, including national banks and Federal savings associations, to conduct stress tests and requires the Federal primary financial regulatory agency[2] of those financial companies to issue regulations implementing the stress test requirements. A national bank or Federal savings association must conduct a stress test if its total consolidated assets are more than $10 billion. Under section 165(i)(2), a financial company is required to submit to the Board and to its primary financial regulatory agency a report at such time, in such form, and containing such information as the primary financial regulatory agency may require.[3] The primary financial regulatory agency is required to define "stress test," establish methodologies for the conduct of the company-conducted stress test that must include at least three different sets of conditions (baseline, adverse, and severely adverse), establish the form and content of the institution's report, and

---

[1] Dodd-Frank Wall Street Reform and Consumer Protection Act, Public Law 111-203, 124 Stat. 1376 (2010).
[2] 12 U.S.C. 5301(12).
[3] 12 U.S.C. 5365(i)(2)(B).

[THIS SIGNATURE PAGE RELATES TO THE FINAL RULEMAKING ENTITLED "ANNUAL STRESS TEST."]

Date: 10/1/2012

_____
Thomas J. Curry
Comptroller of the Currency

*[handwritten across signature: "Refusal for Cause"]*

J. Patrick Kelly   El Paso Cty,CO   201099293
07/16/2001   10:55
Doc    $0.00   Page
Rec    $5.00   1 of 1

# Bill of Exchange

*Fides servanda est; simplicitas juris Gentium praevaleat*

cured waiver of tort and tenable on the foreign exchange market for the exact amount of all outstanding debts of the International Bank for Reconstruction and Development, the International Monetary Fund and Principal United Nations on and after the thirteenth day of the eighth month in the year of our Lord and Savior Jesus Christ of Nazareth two-thousand and one provided the above named World Bank has not abandoned and announced abandonment of all claims and seizures.

This bona fide tort may be used for certificate of exigent circumstances and open qui tam adoption - Rule C(3)(a)(ii)(B) "...clerk must promptly issue a summons and a warrant for the arrest...," E(5) general bond is claim X2 and is based in Information - (El Paso County Clerk and Recorder custodian J. Patrick Kelly, Colorado Springs, Colorado) Return of/of bill of indictment #99075907 5/12/99; Notice of Default #99057108 4/13/99; Notice of lis pendens #9909477 6/14/99; Summons charging stellionation #200013756 2/9/2000, testimony #200011014 2/01/00 and default #200097765 8/17/2000; Zionism cancellation algorithm #99184702 12/8/99; Case Tav published #200047314 5/1/00, #200056121 5/18/00, #200056835 5/22/00, #200058902 5/24/00, #200060667 5/30/00, #200061229 5/30/00, #200062119 6/1/00, #200071134 6/20/00, #200072077 6/21/00, #200072963 6/23/00, #200081870 7/14/00, *Afroyim v. Rusk* 387 U.S. 253 (1967) (original 13th Amendment "subsequently not ratified") and #9511O459 10/13/95 (United States Courthouse custodian James H. Manspeaker, Denver, Colorado) Admiralty cases 95-D-3136, 99-D-319 and 01-D-0240; #200129251 10/24/00; #201068520; 4th Judicial District of Colorado, Lee V. Cole, Jr. custodian El Paso County Court Case #00-T-6808 - Judge Sylvia Manzanares and authoritative historical information such as but not limited to: The Public Papers of Franklin D. Roosevelt - EO 2038, 2040 and HJR 192; Bretton Woods Agreements P.L. 94-564 (Jamaica/Rambouillet accord); Public Law 102-14 Seven Noachide Laws valid common law and prohibiting use of humans for chattel by Genesis 1:27; *Charter of Freedoms and Exemptions to Patroons* - June 7, 1629 and Press Releases of 5/29/97 'Clinton urges reviving spirit of Marshall Plan (photo of Clinton posturing Illuminati style at the Hague with Dutch Queen Beatrix, House of Orange)' *Associated Press* and 'Swiss made millions dealing with Hitler, records show' *New York Times*. COURTS OF THE UNITED STATES ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *Bouvier's Law Dictionary* 1856.

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
Date _____ Book ____ Page ____
Wayne W. Williams
County Clerk & Recorder
El Paso County, Colorado
By _____ Deputy
Michelle Thomsen

```
                               J. Patrick Kelly  El Paso Cty,CO   201101604
                               07/19/2001         01:39
                               Doc      $0.00   Page
                               Rec      $5.00   1  of  1
AFFIDAVIT OF MAILING
```

I, Tad C. Howard, have mailed the recorded Bill of Exchange on July 17, 2001 to:

The New York Stock Exchange
Attn: Chairman
11 Wall Street
New York city, New York

The United Nations
Attn: Attorney General - Kofi Annan
1 United Nations Plaza
New York city, New York

Paul O'Niell - Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia

The United States Court
Attn: James Manspeaker - custodian of repository
1929 Stout Street
Denver, Colorado

The Fourth Judicial District Court of Colorado
Attn: Lee V. Cole, Jr. - custodian in repository
20 East Vermijo Avenue
Colorado Springs, Colorado

The El Paso County Clerk and Recorder
J. Patrick Kelly - custodian in repository
200 S Cascade Avenue
Colorado Springs, Colorado

El Paso County Clerk and Recorder Reception Number 201099293

(STATE OF COLORADO)
(                    ) ss
(COUNTY OF EL PASO  )

_____
Tad C. Howard

Subscribed and sworn to before me this 17 day of July 2001

Karen L Jett

(NOTARY PUBLIC - KAREN L. JETT - STATE OF COLORADO)

My Commission Expires 06-09-2005



Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
201101604  Book ___  Page ___
Date  3-20-12
County Clerk & Recorder Wayne W. Williams
El Paso County, Colorado
By _____ Deputy



```
DUPLICATE

EL PASO COUNTY
CLERK AND RECORDER
RECORDING DEPARTMENT
     (719)520-6200

ISSUED TO: DAVID MERRILL

RECEIPT #  610987
DATE  08/31/2012  09:46:19 AM

DOCUMENT #      PGS      FEE

COPIES,CERT COPIES       2.00
212101504    4
OTHER                   26.00

Total Amount Due        28.00

CASH                    50.00

Total Payment           50.00

Change Issued:          22.00


        THANK YOU
    WAYNE W. WILLIAMS
     CLERK & RECORDER
    Deputy: CARKLINKER
```

# FEDERAL REGISTER

Vol. 77            Thursday,
No. 169            August 30, 2012

---

**Part V**

**Department of the Treasury**
Office of the Comptroller of the Currency
12 CFR Part 3

**Federal Reserve System**
12 CFR Parts 208 and 225

**Federal Deposit Insurance Corporation**
12 CFR Part 325

Risk-Based Capital Guidelines: Market Risk; Rule

*Adversely affects Bill of Exchange*
*Reception # 201099293*
*Proof of Service # 201101604*

```
WAYNE W. WILLIAMS          El Paso County, CO
08/31/2012  09:46:19 AM
Doc $0.00     Page
Rec $26.00    1 of 4     212101504
```

Case 1:08-mc-00066-NONE   Document 31   Filed 10/22/12   USDC Colorado   Page 12 of 16



# FEDERAL REGISTER

| Vol. 77 | Thursday, |
| No. 169 | August 30, 2012 |

Part V

## Department of the Treasury
Office of the Comptroller of the Currency
12 CFR Part 3

## Federal Reserve System
12 CFR Parts 208 and 225

## Federal Deposit Insurance Corporation
12 CFR Part 325

Risk-Based Capital Guidelines: Market Risk; Rule

*Refusal for cause*

*Adversely affects Bill of Exchange*
*Reception # 201099293*
*Proof of Service # 201101604*



```
WAYNE W. WILLIAMS        El Paso County, CO
08/31/2012  09:46:19 AM
Doc $0.00      Page
Rec $26.00     1 of 4   212101504
```

# DEPARTMENT OF THE TREASURY

## Office of the Comptroller of the Currency

### 12 CFR Part 3

[Docket ID: OCC-2012-0002]

RIN 1557-AC99

# FEDERAL RESERVE SYSTEM

### 12 CFR Parts 208 and 225

[Regulations H and Y; Docket No. R-1401]

RIN 7100-AD61

# FEDERAL DEPOSIT INSURANCE CORPORATION

### 12 CFR Part 325

RIN 3064-AD70

### Risk-Based Capital Guidelines: Market Risk

**AGENCY:** Office of the Comptroller of the Currency, Department of the Treasury; Board of Governors of the Federal Reserve System; and Federal Deposit Insurance Corporation.

**ACTION:** Joint final rule.

**SUMMARY:** The Office of the Comptroller of the Currency (OCC), Board of Governors of the Federal Reserve System (Board), and Federal Deposit Insurance Corporation (FDIC) are revising their market risk capital rules to better capture positions for which the market risk capital rules are appropriate; reduce procyclicality; enhance the rules' sensitivity to risks that are not adequately captured under current methodologies; and increase transparency through enhanced disclosures. The final rule does not include all of the methodologies adopted by the Basel Committee on Banking Supervision for calculating the standardized specific risk capital requirements for debt and securitization positions due to their reliance on credit ratings, which is impermissible under the Dodd-Frank Wall Street Reform and Consumer Protection Act of 2010. Instead, the final rule includes alternative methodologies for calculating standardized specific risk capital requirements for debt and securitization positions.

**DATES:** The final rule is effective January 1, 2013.

**FOR FURTHER INFORMATION CONTACT:**
*OCC:* Roger Tufts, Senior Economic Advisor, Capital Policy Division, (202) 874-4925, or Ron Shimabukuro, Senior Counsel, or Carl Kaminski, Senior Attorney, Legislative and Regulatory Activities Division, (202) 874-5090, Office of the Comptroller of the Currency, 250 E Street SW., Washington, DC 20219.

*Board:* Anna Lee Hewko, Assistant Director, (202) 530-6260, Connie Horsley, Manager, (202) 452-5239, Tom Boemio, Manager, (202) 452-2982, Dwight Smith, Senior Supervisory Financial Analyst, (202) 452-2773, or Jennifer Judge, Supervisory Financial Analyst, (202) 452-3007, Capital and Regulatory Policy, Division of Banking Supervision and Regulation; or Benjamin W. McDonough, Senior Counsel, (202) 452-2036, or April C. Snyder, Senior Counsel, (202) 452-3099, Legal Division. For the hearing impaired only, Telecommunication Device for the Deaf (TDD), (202) 263-4869.

*FDIC:* Karl Reitz, Chief, Capital Markets Strategies Section, kreitz@fdic.gov; Bobby R. Bean, Associate Director, bbean@fdic.gov; Ryan Billingsley, Chief, Capital Policy Section, rbillingsley@fdic.gov; David Riley, Senior Policy Analyst, dariley@fdic.gov, Capital Markets Branch, Division of Risk Management Supervision, (202) 898-6888; or Mark Handzlik, Counsel, mhandzlik@fdic.gov, Michael Phillips, Counsel, mphillips@fdic.gov, Greg Feder, Counsel, gfeder@fdic.gov, or Ryan Clougherty, Senior Attorney, rclougherty@fdic.gov; Supervision Branch, Legal Division, Federal Deposit Insurance Corporation, 550 17th Street NW., Washington, DC 20429.

**SUPPLEMENTARY INFORMATION:**

### Table of Contents

I. Introduction
II. Overview of Comments
 1. Comments on the January 2011 Proposal
 2. Comments on the December 2011 Amendment
III. Description of the Final Market Risk Capital Rule
 1. Scope
 2. Reservation of Authority
 3. Definition of Covered Position
 4. Requirements for the Identification of Trading Positions and Management of Covered Positions
 5. General Requirements for Internal Models
 Model Approval and Ongoing Use Requirements
 Risks Reflected in Models
 Control, Oversight, and Validation Mechanisms
 Internal Assessment of Capital Adequacy Documentation
 6. Capital Requirement for Market Risk
 Determination of the Multiplication Factor
 7. VaR-based Capital Requirement
 Quantitative Requirements for VaR-based Measure
 8. Stressed VaR-based Capital Requirement
 Quantitative Requirements for Stressed VaR-based Measure
 9. Modeling Standards for Specific Risk
 10. Standardized Specific Risk Capital Requirement
 Debt and Securitization Positions
 Treatment Under the Standardized Measurement Method for Specific Risk for
 Modeled Correlation Trading Positions and Non-modeled Securitization Positions
 Equity Positions
 Due Diligence Requirements for Securitization Positions
 11. Incremental Risk Capital Requirement
 12. Comprehensive Risk Capital Requirement
 13. Disclosure Requirements
IV. Regulatory Flexibility Act Analysis
V. OCC Unfunded Mandates Reform Act of 1995 Determination
VI. Paperwork Reduction Act
VII. Plain Language

### I. Introduction

The first international capital framework for banks, entitled *International Convergence of Capital Measurement and Capital Standards* (1988 Capital Accord) was developed by the Basel Committee on Banking Supervision (BCBS)[2] and endorsed by the G-10 central bank governors in 1988. The OCC, the Board, and the FDIC (collectively, the agencies) implemented the 1988 Capital Accord in 1989 through the issuance of the general risk-based capital rules.[3] In 1996, the BCBS amended the 1988 Capital Accord to require banks to measure and hold capital to cover their exposure to market risk associated with foreign exchange and commodity positions and positions located in the trading account (the Market Risk Amendment (MRA) or market risk framework).[4] The agencies

---

[1] For simplicity, and unless otherwise indicated, the preamble to this final rule uses the term "bank" to include banks and bank holding companies (BHCs). The terms "bank holding company" and "BHC" refer only to bank holding companies regulated by the Board.

[2] The BCBS is a committee of banking supervisory authorities, which was established by the central bank governors of the G-10 countries in 1975. It consists of senior representatives of bank supervisory authorities and central banks from Argentina, Australia, Belgium, Brazil, Canada, China, France, Germany, Hong Kong SAR, India, Indonesia, Italy, Japan, Korea, Luxembourg, Mexico, the Netherlands, Russia, Saudi Arabia, Singapore, South Africa, Spain, Sweden, Switzerland, Turkey, the United Kingdom, and the United States. Documents issued by the BCBS are available through the Bank for International Settlements Web site at http://www.bis.org.

[3] The agencies' general risk-based capital rules are at 12 CFR part 3, appendix A and 12 CFR part 167 (OCC); 12 CFR parts 208 and 225, appendix A (Board); and 12 CFR part 325, appendix A (FDIC).

[4] In 1997, the BCBS modified the MRA to remove a provision pertaining to the specific risk capital requirement under the internal models approach (see http://www.bis.org/press/p970918a.htm).

# Bill of Exchange

*Fides servanda est; simplicitas juris Gentium praevaleat*

J. Patrick Kelly   El Paso Cty, CO
07/16/2001   10:55   **201099293**
Doc   $0.00   Page
Rec   $5.00   1 of   1

cured waiver of tort and tenable on the foreign exchange market for the exact amount of all outstanding debts of the International Bank for Reconstruction and Development, the International Monetary Fund and Principal United Nations on and after the thirteenth day of the eighth month in the year of our Lord and Savior Jesus Christ of Nazareth two-thousand and one provided the above named World Bank has not abandoned and announced abandonment of all claims and seizures.

This bona fide tort may be used for certificate of exigent circumstances and open qui tam adoption - Rule C(3)(a)(ii)(B) "...clerk must promptly issue a summons and a warrant for the arrest...", E(5) general bond is claim X2 and is based in Information - (El Paso County Clerk and Recorder custodian J. Patrick Kelly, Colorado Springs, Colorado) Return of bill of indictment #99075907 5/12/99; Notice of Default #99057108 4/13/99, Notice of lis pendens #9909473 6/14/99, Summons charging stellionation #200013756 2/9/2000, testimony #200011014 2/01/00 and default #200097765 8/17/2000; Zionism cancellation algorithm #099184702 12/8/99, Case Tav published #200047314 5/1/00, #200056121 5/18/00, #200056835 5/22/00, #200058902 5/24/00, #200060667 5/30/00, #200061229 5/30/00, #200062119 6/1/00, #200071134 6/20/00, #200072077 6/21/00, #200072963 6/23/00, #200081870 7/14/00, *Afroyim v. Rusk* 387 U.S. 253 (1967) (original 13th Amendment "subsequently not ratified") and #95110459 10/13/95 (United States Courthouse custodian James H. Manspeaker, Denver, Colorado) Admiralty cases 95-D-3136, 99-D-319 and 01-D-0240; #201129251 10/24/00; #201068520; 4th Judicial District of Colorado, Lee V. Cole, Jr. custodian El Paso County Court Case #00-T-6808 - Judge Sylvia Manzanares and authoritative historical information such as but not limited to: The Public Papers of Franklin D. Roosevelt - EO 2038, 2040 and HJR 192; Bretton Woods Agreements P.L. 94-564 (Jamaica/Rambouillet accord); Public Law 102-14 Seven Noachide Laws valid common law and prohibiting use of humans for chattel by Genesis 1:27; *Charter of Freedoms and Exemptions to Patroons* - June 7, 1629 and Press Releases of 5/29/97 'Clinton urges reviving spirit of Marshall Plan (photo of Clinton posturing Illuminati style at the Hague with Dutch Queen Beatrix, House of Orange)' *Associated Press* and 'Swiss made millions dealing with Hitler, records show' *New York Times*, COURTS OF THE UNITED STATES ... 136. When a seizure has been voluntarily abandoned, it loses its validity, and no jurisdiction attaches to any court, unless there be a new seizure. 10 Wheat. 325; 1 Mason, 361. *Bouvier's Law Dictionary* 1856.

Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
201099293 Book ___ Page ___
Date 3-7-02
Wayne W. Williams
County Clerk & Recorder
El Paso County, Colorado
By: _____ Deputy
Michelle Thomsen

[Notary seal: Brandi D. Walters, Notary Public, State of Colorado — Commission expires 3-7-2004]

[El Paso County, Colorado seal — EST. 1861]

[Signatures: David Merrick (Van Pelt, Family nomen); others]

| | |
|---|---|
| J. Patrick Kelly El Paso Cty, CO | 201101604 |
| 07/19/2001 01:39 | |
| Doc $0.00 Page | |
| Rec $5.00 1 of 1 | |



**AFFIDAVIT OF MAILING**

I, Tad C. Howard, have mailed the recorded Bill of Exchange on July 17, 2001 to:

The New York Stock Exchange
Attn: Chairman
11 Wall Street
New York city, New York

The United Nations
Attn: Attorney General - Kofi Annan
1 United Nations Plaza
New York city, New York

Paul O'Niell - Secretary of the Treasury
Department of the Treasury
1500 Pennsylvania Avenue NW
city of Washington, District of Columbia

The United States Court
Attn: James Manspeaker - custodian of repository
1929 Stout Street
Denver, Colorado

The Fourth Judicial District Court of Colorado
Attn: Lee V. Cole, Jr. - custodian in repository
20 East Vermijo Avenue
Colorado Springs, Colorado

The El Paso County Clerk and Recorder
J. Patrick Kelly - custodian in repository
200 S Cascade Avenue
Colorado Springs, Colorado

El Paso County Clerk and Recorder Reception Number 201099293

(STATE OF COLORADO)
( ) ss
(COUNTY OF EL PASO )

_____
Tad C. Howard

Subscribed and sworn to before me this 17 day of July 2001

*Karen L Jett*

(NOTARY PUBLIC SEAL — KAREN L. JETT — STATE OF COLORADO)

My Commission Expires 06-09-2005



Office of County Clerk and Recorder
El Paso County, State of Colorado
Certified to be a full, true and Correct
Copy of record in my Office.
201101604 Book_____ Page____
Date 8-30-12
County Clerk Wayne W. Williams
El Paso County, Colorado
By _____ Deputy

# CERTIFICATE OF MAILING

I, Theresa L. Willis, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc., on October 9, 2012. I further certify that I deposited true and correct copies of the following:

Envelope addressed to Communications Division, Office of the Comptroller of the Currency, Mailstop 2-3, Attention: 1557-NEW, 250 E Street SW, Washington, DC 20219, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo, #202, Colorado Springs, Colorado [80903]
- Original Refusal for Cause, Reception Number 212096119 (49485 Federal Register, Vol. 77, No. 159, Thursday, August 16, 2012, Notices and 49486 Federal Register, Vol. 77, No. 159, Thursday, August 16, 2012, Notices); Bill of Exchange, Reception Number 201099293; Affidavit of Mailing, Reception Number 201101604; original to be filed and one copy to be returned to David Merrill
- Duplicate receipt #623947, dated 10/09/2012 10:47:07AM, from El Paso County Clerk and Recorder; duplicate receipt to be filed and one copy to be returned to David Merrill
- Original Refusal for Cause, Reception Number 212118193 (Annual Stress Test, pages 1, 2, and 40); Bill of Exchange, Reception Number 201099293; Affidavit of Mailing, Reception Number 201101604; original to be filed and one copy to be returned to David Merrill
- Duplicate receipt #610987, dated 08/31/2012 09:46:19AM, from El Paso County Clerk and Recorder; duplicate receipt to be filed and one copy to be returned to David Merrill
- Original Refusal for Cause, Reception Number 212101504; Federal Register, Vol. 77, No. 169, Thursday, August 30, 2012, Part V; Bill of Exchange, Reception Number 201099293; Affidavit of Mailing, Reception Number 201101604; original to be filed and one copy to be returned to David Merrill
- copies of this Certificate of Mailing dated October 19, 2012; one copy to be filed and one copy to be returned

Envelope addressed to USDC Colorado 08-0066, 901 19th Street A105, Denver, Colorado, 80294, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo, #202, Colorado Springs, Colorado [80903]
- Copies of Refusal for Cause, Reception Number 212096119 (49485 Federal Register, Vol. 77, No. 159, Thursday, August 16, 2012, Notices and 49486 Federal Register, Vol. 77, No. 159, Thursday, August 16, 2012, Notices); Bill of Exchange, Reception Number 201099293; Affidavit of Mailing, Reception Number 201101604; one copy to be filed and one copy to be returned to David Merrill
- Copies of Duplicate receipt #623947, dated 10/09/2012 10:47:07AM, from El Paso County Clerk and Recorder; one copy to be filed and one copy to be returned to David Merrill
- Copies Refusal for Cause, Reception Number 212118193 (Annual Stress Test, pages 1, 2, and 40); Bill of Exchange, Reception Number 201099293; Affidavit of Mailing, Reception Number 201101604; one copy to be filed and one copy to be returned to David Merrill
- Copies of Duplicate receipt #610987, dated 08/31/2012 09:46:19AM, from El Paso County Clerk and Recorder; one copy to be filed and one copy to be returned to David Merrill
- Copies of Refusal for Cause, Reception Number 212101504; Federal Register, Vol. 77, No. 169, Thursday, August 30, 2012, Part V; Bill of Exchange, Reception Number 201099293; Affidavit of Mailing, Reception Number 201101604; one copy to be filed and one copy to be returned to David Merrill
- copies of this Certificate of Mailing dated October 19, 2012; one copy to be filed and one copy to be returned

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 19th day of October, 2012.

*Theresa Willis*
Person Certifying Mailing

Courier Process Service, Inc., job reference #20120005255 and #2012005256