**FILED**
**UNITED STATES DISTRICT COURT**
**DENVER, COLORADO**

# CERTIFICATE OF MAILING

**JAN 24 2013**

**JEFFREY P. COLWELL**
**CLERK**

I, Theresa L. Willis, the undersigned, hereby certify that the documents listed below were received by Courier Process Service, Inc., on January 23, 2013. I further certify that I deposited true and correct copies of the following:

Envelope addressed to USDC Colorado 08-0066, 901 19th Street A105, Denver, Colorado, 80294, containing:

- A pre-addressed postage paid return envelope addressed to David Merrill c/o Courier Process, 115 E. Vermijo, #202, Colorado Springs, Colorado [80903]
- Copies of the letter to the Colorado Department of State, dated September 19, 2012, requesting Certification of a UCC Filing (20092001574) with the electronic certificate; one copy to be filed and one copy to be returned
- Copies of email correspondence between Albert Bryant at the Colorado Secretary of State and Theresa L. Willis dated October 25, 2012, and October 26, 2012 (pages 1 through 3); one copy to be filed and one copy to be returned
- Copies of the Affidavit of Due Diligence of Theresa L. Willis, dated January 23, 2013; one copy to be filed and one copy to be returned
- Copies of the four written requests for "wet ink" certifications with payment checks of $5.00 each from Courier Process Service, Inc., for Reception #20092001574 with check #7207, Reception #19881011067 with check #7208, Reception #20081423878 with check #7266, and Reception #2010572808 with #7267, that were sent via certified mail, receipt number 7011 2970 0001 9384 2974 to Colorado Secretary of State, 1700 Broadway, Ste 200, Denver, CO 80290; one copy of each to be filed and one copy of each to be returned
- copies of this Certificate of Mailing dated January 23, 2013; one copy to be filed and one copy to be returned

in the United States mail, postage prepaid, addressed to the parties shown on the mailing list attached hereto, this 23nd day of January, 2013, certified mail receipt 7011 2970 0001 9384 2981.

_Theresa Willis_
Person Certifying Mailing

Courier Process Service, Inc., job reference #2012003985

**COURIER PROCESS SERVICE, INC.**
*115 East Vermijo, Suite 202*
*Colorado Springs, CO 80903*
*Ph: (719) 475-7360/Fax: (719) 475-9208*
*Toll Free 866-475-7360*
*Website www.courierprocess.com*
*E-mail info@courierprocess.com*

September 19, 2012

Colorado Department of State
Attn: Scott Gessler, Secretary of State of the State of Colorado
1700 Broadway
Denver, CO 80290

RE: Certification of a UCC Filing

Dear Mr. Gessler,

I am contacting you on behalf of my client, David Merrill, who is a party in the action against the debtor: State of Colorado Capital Finance Corporation #19881011067.

My client has requested an original certification of the enclosed UCC Filing. The Document number is: 20092001574. I've also enclosed a return self addressed postage paid envelope.

For payment, please call me at the phone number listed above and I will provide you with a credit card number.

Thank you for your assistance in this matter. It is greatly appreciated.

Sincerely,

*Theresa Willis*

Theresa L. Willis
Courier Process Service, Inc.



# STATE OF COLORADO
## DEPARTMENT OF STATE

### CERTIFICATE

I, Scott Gessler, Secretary of State of the State of Colorado, hereby certify that the attached document is a true and correct copy of Document number 20092001574 consisting of 20 pages on record with the Secretary of State.

Certification Date:   September 19, 2012 08:40:20 AM

Certification ID #:   11649

*Scott Gessler*
Secretary of State

**Albert Bryant** <Albert.Bryant@sos.state.co.us>  Fri, Oct 26, 2012 at 10:52 AM
• To: Courier Process Service inc <info@courierprocess.com>

Good Morning,

Please find the attached Certified Copy of UCC 20092001574. As of last May, electronic certification is the only means of certification for UCC documents. There is no longer a wet ink option for these documents. You may still request certified copies of Business document using the Certified Order Form. Mailing and payment instructions are on the form. If you have any further questions, respond to this email or if you prefer, call our office at 303-894-2200 Option 2.

https://mail.google.com/mail/u/0/?ui=2&ik=551a51de01&view=pt&q=david%20label:dav...    1/21/2013

Case 1:08-mc-00066-NONE   Document 32   Filed 01/24/13   USDC Colorado   Page 4 of 17

**Albert Bryant** <Albert.Bryant@sos.state.co.us>  Fri, Oct 26, 2012 at 10:52 AM
• To: Courier Process Service inc <info@courierprocess.com>

1 of 3

Thank You,

Albert Bryant

Colorado Department of State

1700 Broadway Suite 200

Denver CO 80290

Albert.Bryant@sos.state.co.us

303-894-2200 Option 2

Protect your business with Secure Business Filing.

*You should not consider any guidance or assistance that you may receive from this office to be legal, business or tax advice. Any such guidance or assistance is no substitute for the informed advice of competent legal, business, tax or other professional counsel. If you have substantive questions, you are encouraged to consult your private attorney, business or tax advisor, or other professional. The employees of the Colorado Secretary of State's office are not authorized to provide legal, business or tax advice.*

**From:** Courier Process Service inc [mailto:info@courierprocess.com]
**Sent:** Thursday, October 25, 2012 7:18 PM
**To:** Public Business
**Subject:** wet ink certification on certified copies

Colorado Department of State
1700 Broadway
Denver, CO 80290

**RE: wet ink certification on certified copies**

To Whom it May Concern:

2 of 3

I am contacting you on behalf of my client, David Merrill, who is a party in the action against the debtor: State of Colorado Capital Finance Corporation.

My client has requested "wet ink certification on certified copies" of the following documents: Reception #20092001574; Reception #19881011067; Reception #20081423878; and Reception #20101572808.

For payment, please call me at the phone number listed below and I will provide you with a credit card number.

Thank you for your assistance in this matter. It is greatly appreciated.

Sincerely,

Theresa Willis

Courier Process Service, Inc.

115 E. Vermijo, Suite 202

Colorado Springs, CO  80903

(719) 475-7360

Merrill_Cert.pdf
2989K

3 of 3

# AFFIDAVIT OF DUE DILIGENCE

State of Colorado                                County of                                                Court

Case Number: _____

Plaintiff:
**David Merrill**

vs.

Defendant:
**State of Colorado Capital Finance Corporation #19881011067**

For:
David Merrill

Received by Courier Process Service, Inc. on the 19th day of June, 2012 at 2:00 pm to be served on **Colorado Secretary of State**.

I, Theresa L. Willis, being duly sworn, depose and say that I:

**Additional Information pertaining to this Service:**
I, Theresa L. Willis, the affiant, being duly sworn, say: I attempted to obtain certified copies of the lien with reception number 20092001574, David Merrill vs. State of Colorado Capital Finance Corporation #19881011067, in the following manner:

June 25, 2012 from 9:45 a.m. to 10:09 a.m.
   I, Theresa L. Willis, researched how to obtain certified copies from the UCC section of the Colorado Secretary of State.

June 28, 2012 at 9:54 a.m.
   I, Theresa L. Willis, created a user account for the Colorado Secretary of State. I was unable to log-in to obtain certified copies from the UCC section.

July 12, 2012 at 3:05 p.m.
   I, Theresa L. Willis, after various attempts of trying to log-in on the Colorado Secretary of State website from June 28th, 2012, to July 12th, 2012, and the page appearing "The webpage cannot be found" obtained a new password for the Colorado Secretary of State.

July 12, 2012 at 3:15 p.m.
   I, Theresa L. Willis, attempted to log-on to the Colorado Secretary of State to obtain the certified copies. The page appeared "The webpage cannot be found". I called and left a voicemail message for Laurie at the Colorado Secretary of State asking for a call back.

July 12, 2012 at 4:30 p.m.
   I, Theresa L. Willis, received a phone call from Laurie at the Colorado Secretary of State. I explained to Laurie that I could not log-in to obtain certified copies from the UCC part of the website, that the page "The webpage cannot be found" always appeared. Laurie stated she could not help me at the time because her computer was down and to call her back in the morning. I asked if she could take my request over the phone or via fax and she stated the only way to obtain the certified copies was on-line.

July 12, 2012 at 4:36 p.m.
   I, Theresa L. Willis, attempted to log-on to the Colorado Secretary of State to obtain the certified copies. The page appeared "The webpage cannot be found."

July 20, 2012 at 11:05 a.m.
   I, Theresa L. Willis, called Laurie at the Colorado Secretary of State. I left a voicemail asking Laurie to return my call, that it was regarding obtaining certified copies.

July 24, 2012 at 8:55 a.m.
   I, Theresa L. Willis, attempted to log-on to the Colorado Secretary of State to obtain the certified copies. The page appeared "The webpage cannot be found".

July 24, 2012 at 8:55 a.m.
   I, Theresa L. Willis, called Laurie at the Colorado Secretary of State. I left a voicemail asking Laurie to return my call, that it was regarding obtaining certified copies.

August 10, 2012 at 3:18 p.m.
   I, Theresa L. Willis, attempted to log-on to the Colorado Secretary of State to obtain the certified copies. The page

# AFFIDAVIT OF DUE DILIGENCE

appeared "The webpage cannot be found

August 10, 2012 at 3:19 p.m.
   I, Theresa L. Willis, called and spoke with Laurie at the Colorado Secretary of State. Laurie stated she had forwarded details of my problem o her supervisor, but had not heard anything. Laurie then transferred me to a man named Albert. After I explained that I was trying to obtain certified copies, but could not log-in, Albert logged-in, but was unable to obtain the certified copies. Albert further stated he did not understand why. He stated he would have to report it to "IT" and his supervisor. That he would call me back, but it would not be that day. I asked Albert if certified copies could be obtained in person and he stated that personnel would take whoever came in to a computer in the lobby and do the same thing and would get the same results.

I, Theresa L. Willis, sent a letter to the Colorado Secretary of State stating that I have not been able access the website to obtain certified copies of a UCC filing.

August 22, 2012 at 9:40 a.m.
   I, Theresa L. Willis, called and left a voicemail for Albert Bryant at the Colorado Secretary of State asking for a call back.

August 22, 2012 at 2:15 p.m.
   I, Theresa L. Willis, received a phone from Albert Bryant at the Colorado Secretary of State. I was unable to take the call and a message was left for me. It was stated that there was no update yet.

September 19, 2012
   I, Theresa L. Willis, sent a letter to the Colorado Department of State, Attn: Scott Gessler, Secretary of State of the State of Colorado, at 1700 Broadway, Denver, CO 80290, along with a copy of Document number 20092001574, requesting an original certification of the UCC Filing.

October 9, 2012 at 4:48 p.m.
   I, Theresa L. Willis, called and left a voicemail message for Albert Bryant at the Colorado Secretary of State asking for assistance in obtaining wet ink certification on certified copies.

October 10, 2012 at 12:19 p.m.
   I, Theresa L. Willis, received a phone call from Albert Bryant at the Colorado Secretary of State. I was unable to take the call and a message was left for me.

October 25, 2012 at 7:17 p.m.
   I, Theresa L. Willis, sent an email to Business@sos.co.us regarding: "wet ink certification on certified copies" for Reception #20092001574; Reception #19881011067; Reception #20081423878; and #201101572808.

October 26, 2012 at 8:31 a.m.
   I, Theresa L. Willis, received a phone call Albert Bryant at the Colorado Secretary of State, who stated the wet ink option is no longer available, that certification is done on-line now. After discussion, I asked Mr. Bryant to respond to my request in writing via email.

October 26, 2012 at 10:52 a.m.
   I, Theresa L. Willis, received a response email regarding: "wet ink certification on certified copies" for Reception #20092001574; Reception #19881011067; Reception #20081423878; and #201101572808, from Albert Bryant stating that there is no longer a wet ink option for these documents. It was further stated that I may still request certified copies of the Business documents using the Certified Order Form.

November 8, 2012
   I, Theresa L. Willis, received the original letter I sent on September 19, 2012, to the the Colorado Department of State, Attn: Scott Gessler, Secretary of State of the State of Colorado, at 1700 Broadway, Denver, CO 80290, along with the copy of Document number 20092001574. There was no indication of certification or any kind of acknowledgement on the letter or the Document. It was returned exactly as it had been sent.

January 23, 2013
   I, Theresa L. Willis, mailed four requests for "wet ink" certifications with payment checks of $5.00 each from Courier Process Service, Inc., for Reception #20092001574 with check #7207, Reception #19881011067 with check #7208, Reception #20081423878 with check #7266, and Reception #2010572808 with #7267, via certified mail, receipt number 7011 2970 0001 9384 2974, to Colorado Secretary of State, 1700 Broadway, Suite 200, Denver, Colorado, 80290.

Affiant further sayeth not.

## AFFIDAVIT OF DUE DILIGENCE for

I am 18 years or more and am not interested in, nor a party to, this case.

_Theresa L. Willis_
Process Server

(STATE OF COLORADO )
(
(COUNTY OF EL PASO

Subscribed and Sworn to before me on the ___ day of January, 2013 by the affiant who is personally known to me.

My Commission expires

Courier Process Service, Inc.
115 East Vermijo Avenue
Suite 202
Colorado Springs, CO 80903-2008
(719) 475-7360
Our Job Serial Number: TCH-2012003985

Service Fee: $50.00

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.4t

# COLORADO SECRETARY OF STATE

Please visit our website, www.sos.state.co.us, and select "Business".
Payment is required with request.

## REQUEST FOR BUSINESS ORGANIZATION SERVICES

Entity Name / Trademark _____
(Exact name to be researched)

Entity ID or Document Number (if known) _____

Date of Formation / Registration _____

Jurisdiction (if applicable) _____

Indicate standard of service requested    ☐ Regular   OR   ☐ Expedite (add $10 to the regular fee)

**For $5.00:** Select one or more (up to 5) of the following. The total fee will be $5.00 for regular service or $15.00 for expedited service. If ordering more than five (5) items, the fee will be $25.00 ($35.00 for expedited service).

☐ Certificate of Good Standing
☐ Certificate of Fact of Incorporation, Existence, or Organization
☐ Certificate of Fact – other (indicate type): "wet ink" Certification
☒ Certified copy, specific document(s)   reception # 20092001574
(For copies of all documents, see below)   (List specific document numbers)

**For $25.00:** Select one or more of the following plus any number of the above orders. The total fee will be $25.00 for regular service or $35.00 for expedited service.

☐ Certificate of Good Standing -- Long form
☐ Certificate of Fact of No Record (purged history search required)
☐ Certified copies of all documents
☐ Search of records not electronically accessible
   ☐ Rebuild record (Information will be added to the electronic records)
      Supporting information: _____

**Apostilles** (No additional charge)

☐ Apostilles for the documents ordered above are requested for: _____
(Country)

Contact: Theresa Willis       **REQUESTING PARTY**
Name Courier Process Service, Inc.   Phone 719-475-7360
Address 115 E. Vermijo, Suite 202  City Colorado Springs  State CO  ZIP 80903

☒ Mail   ☐ Pick up   Fed Ex/UPS Account Number _____

Prepaid Account Number _____   Job Number _____

CERTIFIED_ORDER                     Page 1 of 1                     Rev 6/10/2011

# COLORADO SECRETARY OF STATE

Please visit our website, www.sos.state.co.us, and select "Business".
Payment is required with request.

## REQUEST FOR BUSINESS ORGANIZATION SERVICES

Entity Name / Trademark _____
*(Exact name to be researched)*

Entity ID or Document Number (if known) _____

Date of Formation / Registration _____

Jurisdiction (if applicable) _____

Indicate standard of service requested   ☐ Regular   **OR**   ☐ Expedite (add $10 to the regular fee)

**For $5.00:** Select one or more (up to 5) of the following. The total fee will be $5.00 for regular service or $15.00 for expedited service. If ordering more than five (5) items, the fee will be $25.00 ($35.00 for expedited service).

☐ Certificate of Good Standing
☐ Certificate of Fact of Incorporation, Existence, or Organization
☐ Certificate of Fact – other (indicate type): _____
☒ Certified copy, specific document(s) — "wet ink" Certification"   reception # 19881011067
*(For copies of all documents, see below)*   *(List specific document numbers)*

**For $25.00:** Select one or more of the following plus any number of the above orders. The total fee will be $25.00 for regular service or $35.00 for expedited service.

☐ Certificate of Good Standing – Long form
☐ Certificate of Fact of No Record (purged history search required)
☐ Certified copies of all documents
☐ Search of records not electronically accessible
   ☐ Rebuild record *(Information will be added to the electronic records.)*
   Supporting information: _____

**Apostilles** (No additional charge)

☐ Apostilles for the documents ordered above are requested for: _____
*(Country)*

### REQUESTING PARTY

Contact: Theresa Willis
Name: Courier Process Service, Inc.   Phone: 719-475-7360
Address: 115 E. Vermijo, Suite 200   City: Colorado Springs   State: CO   ZIP: 80903

☒ Mail   ☐ Pick up   Fed Ex/UPS Account Number _____

Prepaid Account Number _____   Job Number _____

CERTIFIED_ORDER   Page 1 of 1   Rev. 6/10/2011

# COLORADO SECRETARY OF STATE

Please visit our website, www.sos.state.co.us, and select "Business".
Payment is required with request.

## REQUEST FOR BUSINESS ORGANIZATION SERVICES

Entity Name / Trademark _____
(Exact name to be researched)

Entity ID or Document Number (if known) _____

Date of Formation / Registration _____

Jurisdiction (if applicable) _____

Indicate standard of service requested    ☐ Regular   OR   ☐ Expedite (add $10 to the regular fee)

**For $5.00:** Select one or more (up to 5) of the following. The total fee will be $5.00 for regular service or $15.00 for expedited service. If ordering more than five (5) items, the fee will be $25.00 ($35.00 for expedited service).

☐ Certificate of Good Standing
☐ Certificate of Fact of Incorporation, Existence, or Organization
☐ Certificate of Fact – other (indicate type): "Wet ink" Certification
☒ Certified copy, specific document(s)   reception # 20081423878
(For copies of all documents, see below)   (List specific document numbers)

**For $25.00:** Select one or more of the following plus any number of the above orders. The total fee will be $25.00 for regular service or $35.00 for expedited service.

☐ Certificate of Good Standing – Long form
☐ Certificate of Fact of No Record (purged history search required)
☐ Certified copies of all documents
☐ Search of records not electronically accessible
   ☐ Rebuild record (Information will be added to the electronic records.)
      Supporting information: _____

**Apostilles** (No additional charge)

☐ Apostilles for the documents ordered above are requested for: _____
(Country)

Contact: Theresa Willis  **REQUESTING PARTY**
Name Courier Process Service, Inc.   Phone 719-475-7360
Address 115 E. Vermijo, Suite 202  City Colorado Springs  State CO  ZIP 80903
☒ Mail      ☐ Pick up      Fed Ex/UPS Account Number _____
Prepaid Account Number _____   Job Number _____

CERTIFIED_ORDER                    Page 1 of 1                    Rev. 6/10/2011

# COLORADO SECRETARY OF STATE

Please visit our website, www.sos.state.co.us, and select "Business".
Payment is required with request.

## REQUEST FOR BUSINESS ORGANIZATION SERVICES

Entity Name / Trademark _____
*(Exact name to be researched)*

Entity ID or Document Number (if known) _____

Date of Formation / Registration _____

Jurisdiction (if applicable) _____

Indicate standard of service requested   ☐ Regular   OR   ☐ Expedite (add $10 to the regular fee)

**For $5.00:** Select one or more (up to 5) of the following. The total fee will be $5.00 for regular service or $15.00 for expedited service. If ordering more than five (5) items, the fee will be $25.00 ($35.00 for expedited service).

☐ Certificate of Good Standing
☐ Certificate of Fact of Incorporation, Existence, or Organization
☐ Certificate of Fact – other (indicate type): "Wet Ink" Certification
☒ Certified copy, specific document(s)    Reception # 20101572808
*(For copies of all documents, see below)*   *(List specific document numbers)*

**For $25.00:** Select one or more of the following plus any number of the above orders. The total fee will be $25.00 for regular service or $35.00 for expedited service.

☐ Certificate of Good Standing – Long form
☐ Certificate of Fact of No Record (purged history search required)
☐ Certified copies of all documents
☐ Search of records not electronically accessible
    ☐ Rebuild record *(Information will be added to the electronic records.)*
    Supporting information: _____

**Apostilles** (No additional charge)

☐ Apostilles for the documents ordered above are requested for: _____
*(Country)*

Contact: Theresa Willis   **REQUESTING PARTY**
Name Courier Process Service, Inc.   Phone 719-475-7360
Address 115 E. Vermijo, Suite 202   City Colorado Springs   State CO   ZIP 80903

☒ Mail   ☐ Pick up   Fed Ex/UPS Account Number _____
Prepaid Account Number _____   Job Number _____

CERTIFIED_ORDER                    Page 1 of 1                    Rev. 6/10/2011

**COURIER PROCESS SERVICE, INC.**
115 E. VERMIJO, SUITE 202
COLORADO SPRINGS, CO 80903

The Bank at Broadmoor
Colorado Springs, CO 80906

7207

82-346/1070
02

01-23-13

PAY TO THE ORDER OF  Colorado Secretary of State   $ 5.00

Five $ 00/100 ———————————————————— DOLLARS

MEMO "wet ink" Certification
Reception #20092001574

AUTHORIZED SIGNATURE

⑈007207⑈ ⑆107003463⑆ 10 213551⑈

COURIER PROCESS SERVICE, INC.                                     7207

**COURIER PROCESS SERVICE, INC.**
115 E. VERMIJO, SUITE 202
COLORADO SPRINGS, CO 80903

The Bank at Broadmoor
Colorado Springs, CO 80906

7208

82-346/1070
02

01-23-13

PAY TO THE ORDER OF Colorado Secretary of State      $ 5.00

Five & 00/100 — DOLLARS

MEMO "wet ink" certification
Reception # 19881011067

AUTHORIZED SIGNATURE

⑈007208⑈ ⑆107003463⑆ 10 21355⑈

COURIER PROCESS SERVICE, INC.                    7208

**COURIER PROCESS SERVICE, INC.**
115 E. VERMIJO, STE 202
COLORADO SPRINGS, CO 80903

THE BANK AT BROADMOOR
155 LAKE AVE.
501 SOUTH TEJON
COLORADO SPRINGS, CO 80906
(719) 633-2695

7266
82-346-1070

01-23-13

PAY TO THE ORDER OF  Colorado Secretary of State     $ 5.00

Five & 00/100 _____ DOLLARS

MEMO "wet ink" Certification
Reception # 200814 23878

⑈007266⑈ ⑆107003463⑆ 213551⑈

COURIER PROCESS SERVICE, INC.

7266

**COURIER PROCESS SERVICE, INC.**
115 E. VERMIJO, STE 202
COLORADO SPRINGS, CO 80903

THE BANK AT BROADMOOR
155 LAKE AVE.
501 SOUTH TEJON
COLORADO SPRINGS, CO 80906
(719) 633-2695

7267
82-346-1070

01-23-13

PAY TO THE ORDER OF  Colorado Secretary of State       $ 5.00

Five & 00/100 _____ DOLLARS

MEMO  "wet ink" certification
Reception # 20101572808

⑈007267⑈ ⑆107003463⑆ 10 21355 1⑈

COURIER PROCESS SERVICE, INC.

7267